# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * * * * * * * * * * * * * | * | |
| **ROBERT and VIENNA LESHIN,** | * | |
| **Plaintiffs,** | * | **No. 06-637T** |
| **v.** | * | **Filed: November 17, 2006** |
| **UNITED STATES,** | * | |
| **Defendant.** | * | |
| * * * * * * * * * * * * * * * * * * | * | |

**O R D E R**

The court is in receipt of the defendant's unopposed motion for an enlargement of time of 59 days, to and including January 5, 2007, within which to file an answer or otherwise respond to the complaint filed in the above-captioned case. The court **GRANTS** defendant's motion for enlargement. Defendant shall file its answer or other response on or before **Friday, January 5, 2007**. Furthermore, the court **SCHEDULES** a status conference for **Tuesday, January 9, 2007, at 2:30 p.m. EST**. The parties may appear by telephone. Unless otherwise notified, the court will reach defendant's counsel at (202) 307-6508 and plaintiff's counsel at (661) 945-6121. The parties will be prepared to propose a schedule for resolving the case. Neither party shall file a motion for summary judgment before the status conference is held. A motion to dismiss, however, may be filed in lieu of an answer.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**