# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * | |
| ROBERT and VIENNA LESHIN, Plaintiffs, | |
| v. | 06-637T<br>Filed: December 12, 2006 |
| UNITED STATES, Defendant. | |
| * * * * * * * * * * * * * * * * * * * * | |

**O R D E R**

As previously discussed by the parties, the telephone status conference is rescheduled for **Wednesday, January 10, 2007 at 2:30 p.m. E.S.T.** Both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (661) 945-6121 and defendant's counsel at (202) 307-6508.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**