IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-637 T
(Judge Horn)

ROBERT AND VIENNA LESHIN,

Plaintiff,

v.

THE UNITED STATES,

Defendant

**DECLARATION OF JOSEPH B. SYVERSON**

I, Joseph B. Syverson, hereby affirm and attest that the following statements are true to the best of my knowledge and belief:

1. I am the attorney assigned to the defense of the above-captioned case.

2. Within my official capacity, I have temporary custody of the Department of Justice and Internal Revenue Service (IRS) files for the above-captioned case.

3. Attached hereto are true and correct copies of the following documents, which are contained in the official files of the IRS and the Justice Department:

**Exhibit 1.** Plaintiffs' individual income tax return (Form 1040) for tax year 1999,

dated August 3, 2005.

**Exhibit 2.** Plaintiffs' individual income tax return (Form 1040) for tax year 2001, dated July 25, 2005.

**Exhibit 3.** Certificate of Assessments, Payments, and Other Specified Matters (Form 4340) for plaintiffs' tax year 1999.

**Exhibit 4.** Account Transcript, from the Transcript Delivery System, for plaintiffs' tax year 2000.

**Exhibit 5.** Certificate of Assessments, Payments, and Other Specified Matters (Form 4340) for plaintiffs' tax year 2001.

**Exhibit 6.** Account Transcript, from the Transcript Delivery System, for plaintiffs' tax year 2002.

**Exhibit 7.** Account Transcript, from the Transcript Delivery System, for plaintiffs' tax year 2003.

**Exhibit 8.** Account Transcript, from the Transcript Delivery System, for plaintiffs' tax year 2004.

**Exhibit 9.** Notice of Federal Tax Lien and Your Right to a Hearing under IRC 6320 sent to plaintiffs for the 2001 tax year, dated December 16, 2005.

**Exhibit 10.** Plaintiffs' Request for a Collection Due Process Hearing (Form 12153) for tax years 2000, 2002, and 2003, dated January 12, 2006, and received by the IRS on January 17, 2006.

**Exhibit 11.** Letter from the IRS Appeals Office to plaintiffs, dated March 8, 2006.

**Exhibit 12.** Offer in Compromise (Form 656) submitted by plaintiffs to the IRS, which was received by the IRS on April 6, 2006.

**Exhibit 13.** Letter from IRS Appeals Office to plaintiffs, dated April 18, 2006.

**Exhibit 14.** IRS Appeals Office's Appeals Transmittal [Form 5402] and Case Memorandum, dated September 28, 2006: consisting of one Transmittal Form 5402 relating to plaintiffs' Offer In Compromise (Exhibit 12); a second Transmittal Form 5402 regarding the proposed levy action for plaintiffs' tax years 1999, 2000, 2002, 2003, and 2004, and the lien for tax year 2001; and the Appeals Officer's Case Memorandum accompanying both Transmittal Forms 5402.

**Exhibit 15.** Notice of Determination Concerning Collection Action(s) under Section 6320 and/or 6330 sent to plaintiffs for the 2001 tax year, dated August 16, 2006, and attached Appeals Case Memorandum.

**Exhibit 16.** Decision Letter Concerning Equivalent Hearing under Section 6320 and/or Section 6330 of the Internal Revenue Code sent to plaintiffs for the 2000, 2002, and 2003 tax years, dated August 16, 2006, and attached Appeals Case Memorandum.

**Exhibit 17.** Petition filed by the plaintiffs with the United States Tax Court in *Robert and Vienna Leshin v. Commissioner of Internal Reveune*, No. 17709-06L (U.S. Tax Ct.) on September 6, 2006.

**Exhibit 18.** Answer filed by the Commissioner of Internal Revenue in *Robert and Vienna Leshin v. Commissioner of Internal Reveune*, No. 17709-06L (U.S. Tax Ct.) on October 30, 2006.

**Exhibit 19.** Docket sheet in *Robert and Vienna Leshin v. Commissioner of Internal Revenue*, No. 17709-06L (U.S. Tax Ct.), as of December 29, 2006.

I declare, under penalty of perjury, in accordance with 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge and belief.

Executed on January 5, 2007, in Washington, D.C.

s/ Joseph B. Syverson
JOSEPH B. SYVERSON
Trial Attorney
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6495