# Form 1040 — U.S. Individual Income Tax Return 1999

Department of the Treasury - Internal Revenue Service

(99)  IRS Use Only - Do not write or staple in this space.

OMB No. 1545-0074

For the year Jan. 1 - Dec. 31, 1999, or other tax year beginning _____, 1999, ending _____

**Label** (See instructions on page 18.) Use the IRS label. Otherwise, please print or type.

Your first name and initial: **Robert E.**  Last name: **Leshin**

If a joint return, spouse's first name and initial: **Vienna R.**  Last name: **Leshin**

Home address (number and street). If you have a P.O. box, see page 18.  Apt. no.
**9644 E Avenue S-12**

City, town or post office, state, and ZIP code.
**Littlerock, CA 93543**

Your social security number: [redacted]
Spouse's social security number: [redacted]

▲ **IMPORTANT!** ▲ You **must** enter your SSN(s) above.

**Presidential Election Campaign** (See page 18.)
- Do you want $3 to go to this fund? — No: X
- If a joint return, does your spouse want $3 to go to this fund? — No: X

Note: Checking "Yes" will not change your tax or reduce your refund.

## Filing Status (Check only one box.)

1. ☐ Single
2. ☒ Married filing joint return (even if only one had income)
3. ☐ Married filing separate return. Enter spouse's soc. sec. no. above & full name here ▶
4. ☐ Head of household (with qualifying person). (See page 18.) If the qualifying person is a child but not your dependent, enter this child's name here ▶
5. ☐ Qualifying widow(er) with dependent child (year spouse died ▶ 19___). (See page 18.)

## Exemptions

6a ☒ Yourself. If your parent (or someone else) can claim you as a dependent on his or her tax return, **do not** check box 6a.
6b ☒ Spouse

No. of boxes checked on 6a and 6b: **2**

6c Dependents:

| (1) First Name  Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) Chk if qualifying child for child tax credit (see page 19) |
|---|---|---|---|
| Robert A. Leshin | [redacted] | Son | X |
| Ashley R. Leshin | [redacted] | Daughter | X |
| Carson S. Leshin | [redacted] | Son | X |

No. of your children on 6c who:
- lived with you: **3**
- did not live with you due to divorce or separation (see page 19)
- Dependents on 6c not entered above

d Total number of exemptions claimed ... Add numbers entered on lines above ▶ **5**

## Income

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | |
| 8a | Taxable interest. Attach Schedule B if required | 907 |
| 8b | Tax-exempt interest. DO NOT include on line 8a | |
| 9 | Ordinary dividends. Attach Schedule B if required | 11,376 |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 21) | |
| 11 | Alimony received | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 74,055 |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 10 |
| 14 | Other gains or (losses). Attach Form 4797 | |
| 15a | Total IRA distributions ___ 15b Taxable amount (see pg. 22) | |
| 16a | Total pensions and annuities ___ 16b Taxable amount (see pg. 22) | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 28 |
| 18 | Farm income or (loss). Attach Schedule F | |
| 19 | Unemployment compensation | |
| 20a | Social security benefits ___ 20b Taxable amount (see pg. 24) | |
| 21 | Other income. | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 86,376 |

Attach Copy B of your Forms W-2 and W-2G here. Also attach Form 1099-R if tax was withheld.

If you did not get a W-2, see page 20.

Enclose, but do not attach any payment. Also, please use Form 1040-V.

## Adjusted Gross Income

| Line | Description | Amount |
|---|---|---|
| 23 | IRA deduction (see page 26) | |
| 24 | Student loan interest deduction (see page 26) | |
| 25 | Medical savings account deduction. Attach Form 8853 | |
| 26 | Moving expenses. Attach Form 3903 | |
| 27 | One-half of self-employment tax. Attach Schedule SE | 5,232 |
| 28 | Self-employed health insurance deduction (see page 28) | |
| 29 | Keogh and self-employed SEP and SIMPLE plans | |
| 30 | Penalty on early withdrawal of savings | |
| 31a | Alimony paid.  b Recipient's SSN ▶ | |
| 32 | Add lines 23 through 31a | 5,232 |
| 33 | Subtract line 32 from line 22. This is your **adjusted gross income** ▶ | 81,144 |

**EXHIBIT 1**

KFA  For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 54.

Ex. 1 pg. 1

Form **1040** (1999)

| | | | |
|---|---|---|---|
| **Tax and Credits** | 34 Amount from line 33 (adjusted gross income) | 34 | 81,144 |
| | 35 a Check if: ☐ **You** were 65 or older, ☐ Blind; ☐ **Spouse** was 65 or older, ☐ Blind. Add the number of boxes checked above and enter the total here ▶ 35a | | |
| **Standard Deduction for Most People** | b If you are married filing separately and your spouse itemizes deductions or you were a dual-status alien, see page 30 and check here ▶ 35b ☐ | | |
| Single: $4,300 | 36 Enter your **itemized deductions** from Schedule A, line 28, **OR standard deduction** shown on the left. **But** see page 30 to find your standard deduction if you checked any box on line 35a or 35b **or** if someone can claim you as a dependent | 36 | 9,349 |
| Head of household: $6,350 | 37 Subtract line 36 from line 34 | 37 | 71,795 |
| | 38 If line 34 is $94,975 or less, multiply $2,750 by the total number of exemptions claimed on line 6d. If line 34 is over $94,975, see the worksheet on page 31 for the amount to enter | 38 | 13,750 |
| Married filing jointly or Qualifying widow(er): $7,200 | 39 **Taxable income.** Subtract line 38 from line 37. If line 38 is more than line 37, enter -0- | 39 | 58,045 |
| | 40 Tax (see page 31). Check if any tax is from a ☐ Form(s) 8814 b ☐ Form 4972 ▶ | 40 | 10,651 |
| Married filing separately $3,600 | 41 Credit for child and dependent care expenses. Att. Form 2441 ..... 41 | | |
| | 42 Credit for the elderly or the disabled. Attach Schedule R ..... 42 | | |
| | 43 Child tax credit (see page 33) ..................... 43 1,500 | | |
| | 44 Education credits. Attach Form 8863 ................ 44 | | |
| | 45 Adoption credit. Attach Form 8839 ................. 45 | | |
| | 46 Foreign tax credit. Attach Form 1116 if required ......... 46 | | |
| | 47 Other. Check if from a ☐ Form 3800 b ☐ Form 8396 c ☐ Form 8801 d ☐ Form (specify) 47 | | |
| | 48 Add lines 41 through 47. These are your **total credits** | 48 | 1,500 |
| | 49 Subtract line 48 from line 40. If line 48 is more than line 40, enter -0- ▶ | 49 | 9,151 |
| **Other Taxes** | 50 Self-employment tax. Att. Sch. SE | 50 | 10,464 |
| | 51 Alternative minimum tax. Attach Form 6251 | 51 | |
| | 52 Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 52 | |
| | 53 Tax on IRAs, other retirement plans, and MSAs. Attach Form 5329 if required | 53 | |
| | 54 Advance earned income credit payments from Form(s) W-2 | 54 | |
| | 55 Household employment taxes. Attach Schedule H | 55 | |
| | 56 Add lines 49 through 55. This is your **total tax** | 56 | 19,615 |
| **Payments** | 57 Federal income tax withheld from Forms W-2 and 1099 ......... 57 | | |
| | 58 1999 estimated tax payments and amount applied from 1998 return . 58 | | |
| | 59 a **Earned income credit**. Att. Sch. EIC if you have a qualifying child. b Nontaxable earned income: amt. ▶ and type ▶ No 59a | | |
| | 60 Additional child tax credit. Attach Form 8812 ............ 60 | | |
| | 61 Amount paid with request for extension to file (see page 48) ....... 61 | | |
| | 62 Excess social security and RRTA tax withheld (see page 48) ..... 62 | | |
| | 63 Other payments. Check if from a ☐ Form 2439 b ☐ Form 4136 .. 63 | | |
| | 64 Add lines 57, 58, 59a, and 60 through 63. These are your **total payments** ▶ | 64 | 0 |
| **Refund** Have it directly deposited! See page 48 and fill in 66b, 66c, and 66d. | 65 If line 64 is more than line 56, subtract line 56 from line 64. This is the amount you **OVERPAID** | 65 | |
| | 66a Amount of line 65 you want **REFUNDED TO YOU** ▶ | 66a | |
| | b Routing number ▶ c Type: ☐ Checking ☐ Savings | | |
| | d Account number | | |
| | 67 Amount of line 65 you want **APPLIED TO 2000 ESTIMATED TAX** ▶ 67 | | |
| **Amount You Owe** | 68 If line 56 is more than line 64, subtract line 64 from line 56. This is the **AMOUNT YOU OWE**. For details on how to pay, see page 49 ▶ | 68 | 20,557 |
| | 69 Estimated tax penalty. Also include on line 68 ............ 69 942 | | |

**Sign Here**
Joint return? See page 18. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature ▶ [signed]   Date 8-3-5   Your occupation Sales   Daytime telephone number (optional) (661) 944-5966
Spouse's signature. If a joint return, BOTH must sign. ▶ [signed] Vienna   Date 08-03-05   Spouse's occupation Homemaker

**Paid Preparer's Use Only**

| Preparer's signature ▶ Timothy W. Doerfler | Date 8/02/05 | Check if self-employed ☐ | Preparer's SSN or PTIN P00166520 |
| Firm's name (or yours if self-employed) and address ▶ Cobb Doerfler & Associates CPA  P.O. Box 2770  Lancaster, CA | | EIN 95-3036552 ZIP code 93539 | |

Ex. 1 pg. 2

Form **1040** (1999)

| Form **2210** | **Underpayment of** | OMB No. 1545-0140 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | **Estimated Tax by Individuals, Estates, and Trusts** ▶ See separate instructions. ▶ Attach to Form 1040, 1040A, 1040NR, 1040NR-EZ, or 1041. | **1999** Attachment Sequence No. 06 |

Name(s) shown on tax return

Robert E. and Vienna R. Leshin

**Note:** In most cases, you **do not** need to file Form 2210. The IRS will figure any penalty you owe and send you a bill. File Form 2210 **only** if one or more boxes in Part I apply to you. If you do not need to file Form 2210, you still may use it to figure your penalty. Enter the amount from Part III, line 21, or Part IV, line 35, on the penalty line of your return, but **do not** attach Form 2210.

### Part I — Reasons for Filing
If 1a, 1b, or 1c below applies to you, you may be able to lower or eliminate your penalty. But you MUST check the boxes that apply and file Form 2210 with your tax return. If 1d below applies to you, check that box and file Form 2210 with your tax return.

1  Check whichever boxes apply (if none apply, see the **Note** above):

a ☐ You request a **waiver**. In certain circumstances, the IRS will waive all or part of the penalty. See **Waiver of Penalty** on page 1 of the instructions.

b ☐ You use the **annualized income installment method.** If your income varied during the year, this method may reduce the amount of one or more required installments. See page 4 of the instructions.

c ☐ You had Federal income tax withheld from wages and, for estimated tax purposes, you treat the withheld tax as paid on the dates it was actually withheld, instead of in equal amounts on the payment due dates. See the instructions for line 23 on page 3.

d ☐ Your required annual payment (line 14 below) is based on your 1998 tax and you filed or are filing a joint return for either 1998 or 1999 but not for both years.

### Part II — Required Annual Payment

| | | | |
|---|---|---|---|
| 2 | Enter your 1999 tax after credits (see page 2 of the instructions) | 2 | 9,151 |
| 3 | Other taxes (see page 2 of the instructions) | 3 | 10,464 |
| 4 | Add lines 2 and 3 | 4 | 19,615 |
| 5 | Earned income credit .......................................... 5 | | |
| 6 | Additional child tax credit .................................... 6 | | |
| 7 | Credit for Federal tax paid on fuels ..................... 7 | | |
| 8 | Add lines 5, 6, and 7 | 8 | 0 |
| 9 | Current year tax. Subtract line 8 from line 4 | 9 | 19,615 |
| 10 | Multiply line 9 by 90% (.90) .................. 10  17,654 | | |
| 11 | Withholding taxes. **Do not** include any estimated tax payments on this line (see page 2 of the instructions) | 11 | |
| 12 | Subtract line 11 from line 9. If less than $1,000, stop here; **do not** complete or file this form. You do not owe the penalty | 12 | 19,615 |
| 13 | Enter the tax shown on your 1998 tax return (105% of that amount if the adjusted gross income shown on that return is more than $150,000, or, if married filing separately for 1999, more than $75,000). **Caution:** See page 2 of the instructions | 13 | |
| 14 | **Required annual payment.** Enter the **smaller** of line 10 or line 13 | 14 | 17,654 |

**Note:** If line 11 is equal to or more than line 14, stop here; you do not owe the penalty. **Do not** file Form 2210 unless you checked box 1d above.

### Part III — Short Method
(**Caution:** See page 2 of the instructions to find out if you can use the short method. If you checked box **1b** or **1c** in Part I, skip this part and go to Part IV.)

| | | | |
|---|---|---|---|
| 15 | Enter the amount, if any, from line 11 above ........................ 15 | | |
| 16 | Enter the total amount, if any, of estimated tax payments you made ... 16 | | |
| 17 | Add lines 15 and 16 | 17 | |
| 18 | **Total underpayment for year.** Subtract line 17 from line 14. If zero or less, stop here; you do not owe the penalty. **Do not** file Form 2210 unless you checked box 1d above. | 18 | 17,654 |
| 19 | Multiply line 18 by .05336 | 19 | 942 |
| 20 | • If the amount on line 18 was paid **on or after** 4/15/00, enter -0-. <br> • If the amount on line 18 was paid **before** 4/15/00, make the following computation to find the amount to enter on line 20. <br> Amount on line 18  x  Number of days paid before 4/15/00  x  .00022 | 20 | 0 |
| 21 | **PENALTY.** Subtract line 20 from line 19. Enter the result here and on Form 1040, line 69; Form 1040A, line 44; Form 1040NR, line 68; Form 1040NR-EZ, line 27; or Form 1041, line 26 ▶ | 21 | 942 |

For Paperwork Reduction Act Notice, see page 1 of separate instructions.                Form **2210** (1999)

KFA

Ex. 1 pg. 3

**SCHEDULES A&B**
**(Form 1040)**
Department of the Treasury
Internal Revenue Service (99)

# Schedule A — Itemized Deductions

▶ Attach to Form 1040. ▶ See Instructions for Schedules A and B (Form 1040).

OMB No. 1545-0074
**1999**
Attachment Sequence No. 07

Name(s) shown on Form 1040: Robert E. and Vienna R. Leshin

| | | | | | |
|---|---|---|---|---|---|
| **Medical and Dental Expenses** | | Caution: Do not include expenses reimbursed or paid by others. | | | |
| | 1 | Medical and dental expenses (see page A-1) | 1 | 5,098 | |
| | 2 | Enter amount from Form 1040, line 34 .... 2  81,144 | | | |
| | 3 | Multiply line 2 above by 7.5% (.075) | 3 | 6,086 | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | 4 | | 0 |
| **Taxes You Paid** (See page A-2.) | 5 | State and local income taxes | 5 | | |
| | 6 | Real estate taxes (see page A-2) | 6 | 1,670 | |
| | 7 | Personal property taxes | 7 | 647 | |
| | 8 | Other taxes. List type and amount ▶ _____ | 8 | | |
| | 9 | Add lines 5 through 8 | 9 | | 2,317 |
| **Interest You Paid** (See page A-3.) Note: Personal interest is not deductible. | 10 | Home mortgage interest and points reported on Form 1098 | 10 | 6,869 | |
| | 11 | Home mortgage interest not reported on Form 1098. If paid to the person from whom you bought the home, see page A-3 & show that person's name, ID no. & address ▶ _____ | 11 | | |
| | 12 | Points not reported on Form 1098. See page A-3 | 12 | | |
| | 13 | Investment interest. Attach Form 4952, if required. (See page A-4) | 13 | | |
| | 14 | Add lines 10 through 13 | 14 | | 6,869 |
| **Gifts to Charity** If you made a gift and got a benefit for it, see page A-5. | 15 | Gifts by cash or check. If any gift of $250 or more, see pg. A-4. | 15 | 163 | |
| | 16 | Other than by cash or check. If any gift of $250 or more, see page A-4. You MUST attach Form 8283 if over $500 | 16 | | |
| | 17 | Carryover from prior year | 17 | | |
| | 18 | Add lines 15 through 17 | 18 | | 163 |
| **Casualty and Theft Losses** | 19 | Casualty or theft loss(es). Attach Form 4684. (See page A-5.) | 19 | | 0 |
| **Job Expenses and Most Other Miscellaneous Deductions** (See page A-5 for expenses to deduct here.) | 20 | Unreimbursed employee expenses - job travel, union dues, job education, etc. You MUST attach Form 2106 or 2106-EZ if required. (See page A-5.) ▶ _____ | 20 | | |
| | 21 | Tax preparation fees | 21 | | |
| | 22 | Other expenses - investment, safe deposit box, etc. List type and amount ▶ Investment Exp(1099-DIV) _____ 9 | 22 | 9 | |
| | 23 | Add lines 20 through 22 | 23 | 9 | |
| | 24 | Enter amount from Form 1040, line 34 .... 24  81,144 | | | |
| | 25 | Multiply line 24 above by 2% (.02) | 25 | 1,623 | |
| | 26 | Subtract line 25 from line 23. If line 25 is more than line 23, enter -0- | 26 | | 0 |
| **Other Miscellaneous Deductions** | 27 | Other - from list on page A-6. List type and amount ▶ _____ | 27 | | 0 |
| **Total Itemized Deductions** | 28 | Is Form 1040, line 34, over $126,600 (over $63,300 if married filing separately)? ☒ No. Your deduction is not limited. Add the amounts in the far right column for lines 4 through 27. Also, enter this amount on Form 1040, line 36. } ▶ ☐ Yes. Your deduction may be limited. See page A-6 for the amount to enter. | 28 | | 9,349 |

KFA  For Paperwork Reduction Act Notice, see Form 1040 instructions.      Ex. 1 pg. 4      Schedule A (Form 1040) 1999

Name(s) shown on Form 1040. Do not enter name and social security number if shown on other side.  
Robert E. and Vienna R. Leshin

Your social security number

## Schedule B – Interest and Ordinary Dividends

Attachment Sequence No. 08

**Part I Interest**

(See page B-1 and the instructions for Form 1040, line 8a.)

Note: If you had over $400 in taxable interest, you must also complete Part III.

| | | Amount |
|---|---|---|
| 1 | List name of payer. If any interest is from a seller-financed mortgage and the buyer used the property as a personal residence, see page B-1 and list this interest first. Also, show that buyer's social security number and address ▶ Leshin, Rose Bawmwohl | 907 |

Note: If you received a Form 1099-INT, Form 1099-OID, or substitute statement from a brokerage firm, list the firm's name as the payer and enter the total interest shown on that form.

| 2 | Add the amounts on line 1. | 907 |
|---|---|---|
| 3 | Excludable interest on series EE and I U.S. savings bonds issued after 1989 from Form 8815, line 14. You **MUST** attach Form 8815. | |
| 4 | Subtract line 3 from line 2. Enter the result here and on Form 1040, line 8a ▶ | 907 |

**Part II Ordinary Dividends**

(See page B-1 and the instructions for Form 1040, line 9.)

Note: If you had over $400 in ordinary dividends, you must also complete Part III.

| | | Amount |
|---|---|---|
| 5 | List name of payer. Include only ordinary dividends. If you received any capital gain distributions, see the instructions for Form 1040, line 13. ▶ See Statement 1 | |

Note: If you received a Form 1099-DIV or substitute statement from a brokerage firm, list the firm's name as the payer and enter the ordinary dividends shown on that form.

| 6 | Add the amounts on line 5. Enter the total here and on Form 1040, line 9 ▶ | 11,376 |
|---|---|---|

**Part III Foreign Accounts and Trusts**

(See page B-2.)

You must complete this part if you **(a)** had over $400 of interest or ordinary dividends; **(b)** had a foreign account; or **(c)** received a distribution from, or were a grantor of, or a transferor to, a foreign trust.

| | | Yes | No |
|---|---|---|---|
| 7a | At any time during 1999, did you have an interest in or a signature or other authority over a financial account in a foreign country, such as a bank account, securities account, or other financial account? See page B-2 for exceptions and filing requirements for Form TD F 90-22.1 | | X |
| b | If "Yes," enter the name of foreign country ▶ | | |
| 8 | During 1999, did you receive a distribution from, or were you the grantor of, or transferor to, a foreign trust? If "Yes," you may have to file Form 3520. See page B-2 | | X |

KFA  For Paperwork Reduction Act Notice, see Form 1040 instructions.    Schedule B (Form 1040) 1999

# SCHEDULE C (Form 1040)

Department of the Treasury
Internal Revenue Service (99)

## Profit or Loss From Business
### (Sole Proprietorship)
▶ Partnerships, joint ventures, etc., must file Form 1065 or Form 1065-B.
▶ Attach to Form 1040 or Form 1041.  ▶ See Instructions for Schedule C (Form 1040).

OMB No. 1545-0074

**1999**

Attachment Sequence No. **09**

Name of proprietor: Robert E. Leshin

Social security number (SSN): [redacted]

**A** Principal business or profession, including product or service (see page C-1)
Hay Sales

**B** Enter code from pages C-8 & 9 ▶ 424500

**C** Business name. If no separate business name, leave blank.

**D** Employer ID number (EIN), if any

**E** Business address (including suite or room no.) ▶
City, town or post office, state, and ZIP code

**F** Accounting method: (1) ☒ Cash  (2) ☐ Accrual  (3) ☐ Other (specify) ▶

**G** Did you "materially participate" in the operation of this business during 1999? If "No," see page C-2 for limit on losses ... ☒ Yes  ☐ No

**H** If you started or acquired this business during 1999, check here ▶ ☐

## Part I  Income

| | | |
|---|---|---|
| 1 Gross receipts or sales. Caution: If this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, see page C-3 and check here ▶ ☐ | 1 | 628,742 |
| 2 Returns and allowances | 2 | |
| 3 Subtract line 2 from line 1 | 3 | 628,742 |
| 4 Cost of goods sold (from line 42 on page 2) | 4 | 549,917 |
| 5 Gross profit. Subtract line 4 from line 3 | 5 | 78,825 |
| 6 Other income, including Federal and state gasoline or fuel tax credit or refund (see page C-3) | 6 | |
| 7 Gross income. Add lines 5 and 6 ▶ | 7 | 78,825 |

## Part II  Expenses. Enter expenses for business use of your home only on line 30.

| | | | | | |
|---|---|---|---|---|---|
| 8 Advertising | 8 | | 19 Pension and profit-sharing plans | 19 | |
| 9 Bad debts from sales or services (see page C-3) | 9 | | 20 Rent or lease (see page C-4): | | |
| | | | a Vehicles, machinery & equipment | 20a | |
| 10 Car and truck expenses (see page C-3) | 10 | 4,770 | b Other business property | 20b | |
| | | | 21 Repairs and maintenance | 21 | |
| 11 Commissions and fees | 11 | | 22 Supplies (not included in Part III) | 22 | |
| 12 Depletion | 12 | | 23 Taxes and licenses | 23 | |
| 13 Depreciation and section 179 expense deduction (not included in Part III) (see page C-3) | 13 | | 24 Travel, meals, and entertainment: | | |
| | | | a Travel | 24a | |
| | | | b Meals and entertainment | | |
| 14 Employee benefit programs (other than on line 19) | 14 | | c Enter nondeductible amount included on line 24b (see page C-5) | | |
| 15 Insurance (other than health) | 15 | | | | |
| 16 Interest: | | | d Subtract line 24c from line 24b | 24d | |
| a Mortgage (paid to banks, etc.) | 16a | | 25 Utilities | 25 | |
| b Other | 16b | | 26 Wages (less employment credits) | 26 | |
| 17 Legal and professional services | 17 | | 27 Other expenses (from line 48 on page 2) | 27 | |
| 18 Office expense | 18 | | | | |

| | | |
|---|---|---|
| 28 Total expenses before expenses for business use of home. Add lines 8 through 27 in columns ▶ | 28 | 4,770 |
| 29 Tentative profit (loss). Subtract line 28 from line 7 | 29 | 74,055 |
| 30 Expenses for business use of your home. Attach Form 8829 | 30 | |
| 31 Net profit or (loss). Subtract line 30 from line 29. | | |
| • If a profit, enter on Form 1040, line 12, and ALSO on Schedule SE, line 2 (statutory employees, see page C-6). Estates and trusts, enter on Form 1041, line 3. | 31 | 74,055 |
| • If a loss, you MUST go on to line 32. | | |

**32** If you have a loss, check the box that describes your investment in this activity (see page C-6).
• If you checked 32a, enter the loss on Form 1040, line 12, and ALSO on Schedule SE, line 2 (statutory employees, see page C-6). Estates and trusts, enter on Form 1041, line 3.
• If you checked 32b, you MUST attach Form 6198.

32a ☐ All investment is at risk.
32b ☐ Some investment is not at risk.

For Paperwork Reduction Act Notice, see Form 1040 instructions.

Schedule C (Form 1040) 1999

KFA

Ex. 1 pg. 6

### Part III   Cost of Goods Sold   (see page C-6)

33  Method(s) used to value closing inventory:   a ☐ Cost   b ☐ Lower of cost or market   c ☐ Other (attach explanation)

34  Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If "Yes," attach explanation .................................................................................... ☐ Yes   ☐ No

| | | |
|---|---|---:|
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation | 35 | |
| 36 | Purchases less cost of items withdrawn for personal use | 36 | 502,137 |
| 37 | Cost of labor. Do not include any amounts paid to yourself | 37 | |
| 38 | Materials and supplies | 38 | |
| 39 | Other costs | 39 | 47,780 |
| 40 | Add lines 35 through 39 | 40 | 549,917 |
| 41 | Inventory at end of year | 41 | |
| 42 | **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on page 1, line 4 | 42 | 549,917 |

### Part IV   Information on Your Vehicle.   Complete this part ONLY if you are claiming car or truck expenses on line 10 and are not required to file Form 4562 for this business. See the instructions for line 13 on page C-3 to find out if you must file.

43  When did you place your vehicle in service for business purposes? (month, day, year) ▶ _____

44  Of the total number of miles you drove your vehicle during 1999, enter the number of miles you used your vehicle for:

a Business _____   b Commuting _____   c Other _____

45  Do you (or your spouse) have another vehicle available for personal use? ................ ☐ Yes   ☐ No

46  Was your vehicle available for use during off-duty hours? ................................ ☐ Yes   ☐ No

47a  Do you have evidence to support your deduction? ..................................... ☐ Yes   ☐ No

  b  If "Yes," is the evidence written? ................................................... ☐ Yes   ☐ No

### Part V   Other Expenses.   List below business expenses not included on lines 8-26 or line 30.

48  **Total other expenses.** Enter here and on page 1, line 27 .................................. 48 |

# SCHEDULE D (Form 1040)
**Capital Gains and Losses**

Department of the Treasury
Internal Revenue Service (99)

▶ Attach to Form 1040.   ▶ See Instructions for Schedule D (Form 1040).
▶ Use Schedule D-1 for more space to list transactions for lines 1 and 8.

OMB No. 1545-0074

**1999**

Attachment Sequence No. **12**

Name(s) shown on Form 1040: Robert E. and Vienna R. Leshin

Your social security number: [redacted]

## Part I — Short-Term Capital Gains and Losses – Assets Held One Year or Less

| (a) Description of property (Example, 100 sh. XYZ Co.) | (b) Date acquired (Mo., day, yr.) | (c) Date sold (Mo., day, yr.) | (d) Sales price (see page D-5) | (e) Cost or other basis (see page D-5) | (f) GAIN or (LOSS) Subtract (e) from (d) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

2  Enter your short-term totals, if any, from Schedule D-1, line 2 ............................ **2**

3  **Total short-term sales price amounts.** Add column (d) of lines 1 and 2 .................... **3**

4  Short-term gain from Form 6252 and short-term gain or (loss) from Forms 4684, 6781, and 8824 ........................................................ **4**

5  Net short-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 **5**

6  Short-term capital loss carryover. Enter the amount, if any, from line 8 of your 1998 Capital Loss Carryover Worksheet ............................................ **6** (          )

7  **Net short-term capital gain or (loss).** Combine lines 1 through 6 in column (f) ............ ▶ **7**

## Part II — Long-Term Capital Gains and Losses – Assets Held More Than One Year

| (a) Description of property (Example, 100 sh. XYZ Co.) | (b) Date acquired (Mo., day, yr.) | (c) Date sold (Mo., day, yr.) | (d) Sales price (see page D-5) | (e) Cost or other basis (see page D-5) | (f) GAIN or (LOSS) Subtract (e) from (d) | (g) 28% RATE GAIN or (LOSS) *(see instr. below) |
|---|---|---|---|---|---|---|
| International Paper | Various | 5/03/99 | 9 | 9 | 0 |  |
| Bell Atlantic cash in lieu | Various | 3/10/99 | 11 | 11 | 0 |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

9  Enter your long-term totals, if any, from Schedule D-1, line 9 ............................ **9**

10  **Total long-term sales price amounts.** Add column (d) of lines 8 and 9 ................... **10**  20

11  Gain from Form 4797, Part I; long-term gain from Forms 2439 and 6252; and long-term gain or (loss) from Forms 4684, 6781, and 8824 ............................ **11**

12  Net long-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 **12**

13  Capital gain distributions. See page D-1 ................................................. **13**  10

14  Long-term capital loss carryover. Enter in both columns (f) and (g) the amount, if any, from line 13 of your 1998 Capital Loss Carryover Worksheet ........................... **14** (          )(          )

15  Combine lines 8 through 14 in column (g) ............................................. **15**

16  **Net long-term capital gain or (loss).** Combine lines 8 through 14 in column (f) ........... **16**  10

**Next:** Go to Part III on the back.

*28% Rate Gain or Loss includes all "collectibles gains and losses" (as defined on page D-5) and up to 50% of the eligible gain on qualified small business stock (see page D-4).

For Paperwork Reduction Act Notice, see Form 1040 instructions.

Schedule D (Form 1040) 1999

KFA

### Part III — Summary of Parts I and II

17  Combine lines 7 and 16. If a loss, go to line 18. If a gain, enter the gain on Form 1040, line 13 ............ | 17 | 10

Next:  Complete Form 1040 through line 39. Then, go to **Part IV** to figure your tax if:
- Both lines 16 and 17 are gains, **and**
- Form 1040, line 39, is more than zero.

18  If line 17 is a loss, enter here and as a (loss) on Form 1040, line 13, the **smaller** of these losses:
- The loss on line 17; **or**
- ($3,000) or, if married filing separately, ($1,500) ............................... | 18 | (        )

Next:  Skip **Part IV** below. Instead, complete Form 1040 through line 37. Then, complete the **Capital Loss Carryover Worksheet** on page D-6 if:
- The loss on line 17 exceeds the loss on line 18, **or**
- Form 1040, line 37, is a loss.

### Part IV — Tax Computation Using Maximum Capital Gains Rates

| Line | Description | Sub | Amount |
|---|---|---:|---:|
| 19 | Enter your taxable income from Form 1040, line 39 | | 58,045 |
| 20 | Enter the **smaller** of line 16 or line 17 of Schedule D | 10 | |
| 21 | If you are filing Form 4952, enter the amount from Form 4952, line 4e | | |
| 22 | Subtract line 21 from line 20. If zero or less, enter -0- | 10 | |
| 23 | Combine lines 7 and 15. If zero or less, enter -0- | 0 | |
| 24 | Enter the **smaller** of line 15 or line 23, but not less than zero | | |
| 25 | Enter your unrecaptured section 1250 gain, if any, from line 16 of the worksheet on page D-7 | | |
| 26 | Add lines 24 and 25 | | |
| 27 | Subtract line 26 from line 22. If zero or less, enter -0- | | 10 |
| 28 | Subtract line 27 from line 19. If zero or less, enter -0- | | 58,035 |
| 29 | Enter the **smaller** of: • The amount on line 19, **or** • $25,750 if single; $43,050 if married filing jointly or qualifying widow(er); $21,525 if married filing separately; or $34,550 if head of household | | 43,050 |
| 30 | Enter the **smaller** of line 28 or line 29 | 43,050 | |
| 31 | Subtract line 22 from line 19. If zero or less, enter -0- | 58,035 | |
| 32 | Enter the **larger** of line 30 or line 31 | 58,035 | |
| 33 | Figure the tax on the amount on line 32. Use the Tax Table or Tax Rate Schedules, whichever applies | | 10,651 |

Note: If line 29 is less than line 28, go to line 38.

| Line | Description | Sub | Amount |
|---|---|---:|---:|
| 34 | Enter the amount from line 29 | | |
| 35 | Enter the amount from line 28 | | |
| 36 | Subtract line 35 from line 34. If zero or less, enter -0- | | |
| 37 | Multiply line 36 by 10% (.10) | | |

Note: If line 27 is more than zero **and** equal to line 36, go to line 52.

| Line | Description | Sub | Amount |
|---|---|---:|---:|
| 38 | Enter the **smaller** of line 19 or line 27 | 10 | |
| 39 | Enter the amount from line 36 | | |
| 40 | Subtract line 39 from line 38 | 10 | |
| 41 | Multiply line 40 by 20% (.20) | | 2 |

Note: If line 25 is zero or blank, skip lines 42 through 47 and read the note above line 48.

| Line | Description | Sub | Amount |
|---|---|---:|---:|
| 42 | Enter the **smaller** of line 22 or line 25 | | |
| 43 | Add lines 22 and 32 | | |
| 44 | Enter the amount from line 19 | | |
| 45 | Subtract line 44 from line 43. If zero or less, enter -0- | | |
| 46 | Subtract line 45 from line 42. If zero or less, enter -0- | | |
| 47 | Multiply line 46 by 25% (.25) | | |

Note: If line 24 is zero or blank, go to line 52.

| Line | Description | Sub | Amount |
|---|---|---:|---:|
| 48 | Enter the amount from line 19 | | |
| 49 | Add lines 32, 36, 40, and 46 | | |
| 50 | Subtract line 49 from line 48 | | |
| 51 | Multiply line 50 by 28% (.28) | | |
| 52 | Add lines 33, 37, 41, 47, and 51 | | 10,653 |
| 53 | Figure the tax on the amount on line 19. Use the Tax Table or Tax Rate Schedules, whichever applies | | 10,651 |
| 54 | **Tax on all taxable income including capital gains.** Enter the **smaller** of line 52 or line 53 here and on Form 1040, line 40 | | 10,651 |

Name(s) shown on return. Do not enter name and social security number if shown on other side.

Robert E. and Vienna R. Leshin

**Note:** If you report amounts from farming or fishing on Schedule E, you must enter your gross income from those activities on line 41 below. Real estate professionals must complete line 42 below.

### Part II — Income or Loss From Partnerships and S Corporations
If you report a loss from an at-risk activity, you MUST check either column (e) or (f) on line 27 to describe your investment in the activity. See page E-5. If you check column (f), you must attach Form 6198.

| 27 | (a) Name | (b) Enter P for partnership; S for S corp. | (c) Check if foreign partnership | (d) Employer identification number | Invest. At Risk? (e) All is at risk | (f) Some is not at risk |
|---|---|---|---|---|---|---|
| A | | | | | | |
| B | | | | | | |
| C | | | | | | |
| D | | | | | | |
| E | | | | | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | | |
|---|---|---|---|---|---|
| | (g) Passive loss allowed (attach Form 8582 if required) | (h) Passive income from Schedule K-1 | (i) Nonpassive loss from Schedule K-1 | (j) Section 179 expense deduction from Form 4562 | (k) Nonpassive income from Schedule K-1 |
| A | | | | | |
| B | | | | | |
| C | | | | | |
| D | | | | | |
| E | | | | | |
| 28a Totals | | | | | |
| b Totals | | | | | |

| 29 | Add columns (h) and (k) of line 28a | 29 | |
|---|---|---|---|
| 30 | Add columns (g), (i), and (j) of line 28b | 30 | ( ) |
| 31 | Total partnership and S corporation income or (loss). Combine lines 29 and 30. Enter the result here and include in the total on line 40 below | 31 | |

### Part III — Income or Loss From Estates and Trusts

| 32 | (a) Name | (b) Employer ID number |
|---|---|---|
| A | Leshin, Rose Bawmwohl | 95-6132625 |
| B | | |
| C | | |
| D | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | |
|---|---|---|---|---|
| | (c) Passive deduction or loss allowed (attach Form 8582 if required) | (d) Passive income from Schedule K-1 | (e) Deduction or loss from Schedule K-1 | (f) Other income from Schedule K-1 |
| A | | | | 28 |
| B | | | | |
| C | | | | |
| D | | | | |
| 33a Totals | | | | 28 |
| b Totals | | | | |

| 34 | Add columns (d) and (f) of line 33a | 34 | 28 |
|---|---|---|---|
| 35 | Add columns (c) and (e) of line 33b | 35 | ( ) |
| 36 | Total estate and trust income or (loss). Combine lines 34 and 35. Enter the result here and include in the total on line 40 below | 36 | 28 |

### Part IV — Income or Loss From Real Estate Mortgage Investment Conduits (REMICs) – Residual Holder

| 37 | (a) Name | (b) Employer identification number | (c) Excess inclusion from Schedules Q, line 2c (see page E-6) | (d) Taxable income (net loss) from Schedules Q, line 1b | (e) Income from Schedules Q, line 3b |
|---|---|---|---|---|---|
| | | | | | |

| 38 | Combine columns (d) and (e) only. Enter the result here and include in the total on line 40 below | 38 | |
|---|---|---|---|

### Part V — Summary

| 39 | Net farm rental income or (loss) from **Form 4835**. Also, complete line 41 below | 39 | |
|---|---|---|---|
| 40 | TOTAL income or (loss). Combine lines 26, 31, 36, 38, and 39. Enter the result here and on Form 1040, line 17 ▶ | 40 | 28 |
| 41 | **Reconciliation of Farming and Fishing Income:** Enter your **gross** farming and fishing income reported on Form 4835, line 7; Schedule K-1 (Form 1065), line 15b; Schedule K-1 (Form 1120S), line 23; and Schedule K-1 (Form 1041), line 14 (see page E-6) | 41 | |
| 42 | **Reconciliation for Real Estate Professionals.** If you were real estate professional (see pg. E-4), enter net income or (loss) you reported anywhere on Form 1040 from all rental real estate activities in which you materially participated under passive activity loss rules. | 42 | |

Ex. 1 pg. 10

Schedule E (Form 1040) 1999

| SCHEDULE SE | Self-Employment Tax | OMB No. 1545-0074 |
|---|---|---|
| (Form 1040) | ▶ See Instructions for Schedule SE (Form 1040). | **1999** |
| Department of the Treasury<br>Internal Revenue Service | ▶ Attach to Form 1040. | Attachment Sequence No. **17** |

| Name of person with self-employment income (as shown on Form 1040)<br>Robert E. Leshin | Social security number of person with self-employment income ... ▶ | |

## Who Must File Schedule SE

You must file Schedule SE if:
- You had net earnings from self-employment from **other than** church employee income (line 4 of Short Schedule SE or line 4c of Long Schedule SE) of $400 or more, **OR**
- You had church employee income of $108.28 or more. Income from services you performed as a minister or a member of a religious order **is not** church employee income. See page SE-1.

**Note:** Even if you had a loss or a small amount of income from self-employment, it may be to your benefit to file Schedule SE and use either "optional method" in Part II of Long Schedule SE. See page SE-3.
**Exception:** If your only self-employment income was from earnings as a minister, member of a religious order, or Christian Science practitioner, **and** you filed Form 4361 and received IRS approval not to be taxed on those earnings, **do not** file Schedule SE. Instead, write "Exempt-Form 4361" on Form 1040, line 50.

## May I Use Short Schedule SE or MUST I Use Long Schedule SE?



## Section A – Short Schedule SE. Caution: Read above to see if you can use Short Schedule SE.

| | | | |
|---|---|---|---|
| 1 | Net farm profit or (loss) from Schedule F, line 36, and farm partnerships, Schedule K-1 (Form 1065), line 15a | 1 | |
| 2 | Net profit or (loss) from Schedule C, line 31; Schedule C-EZ, line 3; Schedule K-1 (Form 1065), line 15a (other than farming); and Schedule K-1 (Form 1065-B), box 9. Ministers and members of religious orders, see page SE-1 for amounts to report on this line. See page SE-2 for other income to report | 2 | 74,055 |
| 3 | Combine lines 1 and 2 | 3 | 74,055 |
| 4 | **Net earnings from self-employment.** Multiply line 3 by 92.35% (.9235). If less than $400, **do not** file this schedule; you do not owe self-employment tax. ▶ | 4 | 68,390 |
| 5 | **Self-employment tax.** If the amount on line 4 is:<br>● $72,600 or less, multiply line 4 by 15.3% (.153). Enter the result here and on **Form 1040, line 50.**<br>● More than $72,600, multiply line 4 by 2.9% (.029). Then, add $9,002.40 to the result. Enter the total here and on **Form 1040, line 50.** | 5 | 10,464 |
| 6 | **Deduction for one-half of self-employment tax.** Multiply line 5 by 50% (.5). Enter the result here and on **Form 1040, line 27** | 6 | 5,232 |

For Paperwork Reduction Act Notice, see Form 1040 instructions.                    Schedule SE (Form 1040) 1999

KFA

Ex. 1 pg. 11

**Statement 1**
**Schedule B, Line 5**
**Dividend Income**

| | | |
|---|---|---:|
| Ameritech Corporation | $ | 30 |
| AT &T Corp | | 37 |
| Bank of America | | 59 |
| Bell Atlantic Corporation | | 42 |
| BellSouth | | 27 |
| Eastman Chemical Co est | | 16 |
| Eastman Kodak | | 63 |
| El Paso Energy est | | 3 |
| General Motors | | 36 |
| IBM | | 143 |
| Leshin, Rose Bawmwohl | | 237 |
| Lucent Technologies | | 3 |
| Newport News Shipbuilding | | 1 |
| Paine Webber | | 10,571 |
| Ratheon Company | | 1 |
| SBC Communications | | 23 |
| US West | | 19 |
| Verizon Communications est | | 42 |
| Xerox | | 23 |
| Total | $ | 11,376 |