*Recm SB Pn*

# Form 1040

Department of the Treasury — Internal Revenue Service

## U.S. Individual Income Tax Return  2001

(99)    IRS use only — Do not write or staple in this space.

For the year Jan 1 - Dec 31, 2001, or other tax year beginning _____, 2001, ending _____, 20____

OMB No. 1545-0074

**Label** (See instructions.)

Your First Name: Robert E.    MI: 05    Last Name: Leshin

*JUL 26 AM 10:28*

Your Social Security Number: 55[black]

**Use the IRS label. Otherwise, please print or type.**

If a Joint Return, Spouse's First Name: Vienna R.    MI    Last Name: Leshin

Home Address (number and street). If You Have a P.O. Box, See Instructions.
9644 E Avenue S-12    Apartment No.

City, Town or Post Office. If You Have a Foreign Address, See Instructions.    State    ZIP Code
Littlerock, CA 93543

▲ **Important!** ▲
You **must** enter your social security number(s) above.

**Presidential Election Campaign** (See instructions.)

Note: Checking 'Yes' will not change your tax or reduce your refund.
Do you, or your spouse if filing a joint return, want $3 to go to this fund? ........ ►

| | You | | Spouse | |
|---|---|---|---|---|
| | Yes | X No | Yes | X No |

## Filing Status

Check only one box.

1. ☐ Single
2. ☒ Married filing joint return (even if only one had income)
3. ☐ Married filing separate return. Enter spouse's SSN above & full name here ... ►
4. ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here ►
5. ☐ Qualifying widow(er) with dependent child (year spouse died ►  *AUG 2000*  ). (See instructions.)

## Exemptions

6a ☒ **Yourself.** If your parent (or someone else) can claim you as a dependent on his or her tax return, **do not** check box 6a .................

b ☒ **Spouse** ................................................

No. of boxes checked on 6a and 6b ........ 2

c Dependents:

| (1) First name    Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see instrs) |
|---|---|---|---|
| Robert A. Leshin | [black] | Son | X |
| Ashley R. Leshin | [black] | Daughter | |
| Carson S. Leshin | [black] | Son | X |

No. of your children on 6c who:
• lived with you .... 3
• did not live with you due to divorce or separation (see instrs) ....
Dependents on 6c not entered above ....

If more than six dependents, see instructions.

d Total number of exemptions claimed ........................

Add numbers entered on lines above. ► 5

## Income

**Attach Forms W-2 and W-2G here. Also attach Form(s) 1099-R if tax was withheld.**

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| | | | |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 ............ | 7 | 1,234. |
| 8a | Taxable interest. Attach Schedule B if required ............ | 8a | |
| b | Tax-exempt interest. **Do not** include on line 8a ...... 8b | 1,170. | |
| 9 | Ordinary dividends. Attach Schedule B if required ............ | 9 | 13,049. |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see instructions)..... | 10 | |
| 11 | Alimony received............. | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ....... | 12 | 56,880. |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here........ ► ☐ | 13 | 40,523. |
| 14 | Other gains or (losses). Attach Form 4797 ............ | 14 | |
| 15a | IRA distributions ..... 15a    b Taxable amount (see instrs) | 15b | |
| 16a | Total pensions & annuities ..... 16a    b Taxable amount (see instrs) | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E. | 17 | 2,192. |
| 18 | Farm income or (loss). Attach Schedule F. ............ | 18 | |
| 19 | Unemployment compensation ............ | 19 | |
| 20a | Social security benefits ... 20a    b Taxable amount (see instrs). | 20b | |
| 21 | Other income | 21 | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ► | 22 | 113,878. |

## Adjusted Gross Income

| | | | |
|---|---|---|---|
| 23 | IRA deduction (see instructions).... | 23 | |
| 24 | Student loan interest deduction (see instructions)....... | 24 | |
| 25 | Archer MSA deduction. Attach Form 8853. ...... | 25 | |
| 26 | Moving expenses. Attach Form 3903 ...... | 26 | |
| 27 | One-half of self-employment tax. Attach Schedule SE...... | 27 | 4,019. |
| 28 | Self-employed health insurance deduction (see instructions).... | 28 | |
| 29 | Self-employed SEP, SIMPLE, and qualified plans. ...... | 29 | |
| 30 | Penalty on early withdrawal of savings. ...... | 30 | |
| 31a | Alimony paid  b Recipient's SSN .... | 31a | |
| 32 | Add lines 23 through 31a. ........ | 32 | 4,019. |
| 33 | Subtract line 32 from line 22. This is your **adjusted gross income** ► | 33 | 109,859. |

*RECEIVED  AUG 0 ... COLLECTION ... FRESNO SERVICE ... COMP ...*

*NOV 9 2005*

*NO CLASSIFICATION*

*ACCEPTED AS FILED*

**EXHIBIT  2**

**BAA** For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.    Form **1040** (2001)

FDIA0112L  12/10/01

Ex. 2 pg. 1

Form **1040** (2001)    Robert E. and Vienna R. Leshin

## Tax and Credits

**Standard Deduction for —**
• People who checked any box on line 35a or 35b or who can be claimed as a dependent, see instructions.
• All others:
Single; $4,550
Head of household; $6,650
Married filing jointly or Qualifying widow(er); $7,600
Married filing separately; $3,800

| | | | |
|---|---|---|---|
| 34 | Amount from line 33 (adjusted gross income) | 34 | |
| 35a | Check if: ☐ You were 65/older, ☐ Blind; ☐ Spouse was 65/old...  Add the number of boxes checked above and enter the total here ▶ 35a | | |
| b | If you are married filing separately and your spouse itemizes deductions, or you were a dual-status alien, see instructions and check here ▶ 35b ☐ | | |
| 36 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 36 | 8,887. |
| 37 | Subtract line 36 from line 34 | 37 | 100,972. |
| 38 | If line 34 is $99,725 or less, multiply $2,900 by the total number of exemptions claimed on line 6d. If line 34 is over $99,725, see the worksheet in the instructions | 38 | 14,500. |
| 39 | Taxable income. Subtract line 38 from line 37. If line 38 is more than line 37, enter -0- | 39 | 86,472. |
| 40 | Tax (see instrs). Check if any tax is from a ☐ Form(s) 8814 b ☐ Form 4972 | 40 | 15,084. |
| 41 | Alternative minimum tax (see instructions). Attach Form 6251 | 41 | |
| 42 | Add lines 40 and 41 ▶ | 42 | 15,084. |
| 43 | Foreign tax credit. Attach Form 1116 if required | 43 | |
| 44 | Credit for child and dependent care expenses. Attach Form 2441 | 44 | |
| 45 | Credit for the elderly or the disabled. Attach Schedule R | 45 | |
| 46 | Education credits. Attach Form 8863 | 46 | |
| 47 | Rate reduction credit. See the worksheet | 47 | 600. |
| 48 | Child tax credit (see instructions) | 48 | 1,200. |
| 49 | Adoption credit. Attach Form 8839 | 49 | |
| 50 | Other credits from a ☐ Form 3800 b ☐ Form 8396 c ☐ Form 8801 d ☐ Form (specify) | 50 | |
| 51 | Add lines 43 through 50. These are your total credits | 51 | 1,800. |
| 52 | Subtract line 51 from line 42. If line 51 is more than line 42, enter -0- ▶ | 52 | 13,284. |

## Other Taxes

| | | | |
|---|---|---|---|
| 53 | Self-employment tax. Attach Schedule SE | 53 | 8,037. |
| 54 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 54 | |
| 55 | Tax on qualified plans, including IRAs, and other tax-favored accounts. Attach Form 5329 if required | 55 | |
| 56 | Advance earned income credit payments from Form(s) W-2 | 56 | |
| 57 | Household employment taxes. Attach Schedule H | 57 | |
| 58 | Add lines 52-57. This is your total tax ▶ | 58 | 21,321. |

## Payments

If you have a qualifying child, attach Schedule EIC.

| | | | |
|---|---|---|---|
| 59 | Federal income tax withheld from Forms W-2 and 1099 | 59 | |
| 60 | 2001 estimated tax payments and amount applied from 2000 return | 60 | |
| 61a | Earned income credit (EIC) | 61a | |
| b | Nontaxable earned income | 61b | |
| 62 | Excess social security and RRTA tax withheld (see instrs) | 62 | |
| 63 | Additional child tax credit. Attach Form 8812 | 63 | |
| 64 | Amount paid with request for extension to file (see instructions) | 64 | |
| 65 | Other payments. Check if from a ☐ Form 2439 b ☐ Form 4136 | 65 | |
| 66 | Add lines 59, 60, 61a, and 62 through 65. These are your total payments ▶ | 66 | 0. |

FDIA0112L 12/10/01

## Refund

Direct deposit? See instructions and fill in 68b, 68c, and 68d.

| | | | |
|---|---|---|---|
| 67 | If line 66 is more than line 58, subtract line 58 from line 66. This is the amount you overpaid | 67 | |
| 68a | Amount of line 67 you want refunded to you | 68a | |
| b | Routing number | | |
| c | Type: ☐ Checking ☐ Savings | | |
| d | Account number | | |
| 69 | Amount of line 67 you want applied to your 2002 estimated tax ▶ | 69 | |

## Amount You Owe

| | | | |
|---|---|---|---|
| 70 | Amount you owe. Subtract line 66 from line 58. For details on how to pay, see instructions ▶ | 70 | 22,165. |
| 71 | Estimated tax penalty. Also include on line 70 | 71 | 844 |

## Third Party Designee

Do you want to allow another person to discuss this return with the IRS (see instructions)?  ☒ Yes. Complete the following.  ☐ No
Designee's Name ▶ Preparer    Phone No. ▶    Personal Identification Number (PIN) ▶

## Sign Here

Joint return? See instructions. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your Signature _(signed)_    Date 7/25/5    Your Occupation Sales    Daytime Phone Number
Spouse's Signature. If a Joint Return, Both Must Sign. _Vienna Lesh (signed)_    Date 01-25-05    Spouse's Occupation Homemaker

## Paid Preparer's Use Only

Preparer's Signature ▶ Timothy W. Doerfler, CPA    Date 7/25/05    Check if self-employed ☐    Preparer's SSN or PTIN P00166520
Firm's Name (or yours if self-employed) Cobb Doerfler & Associates CPA    EIN 95-3036552
Address, and ZIP Code P.O. Box 2770  Lancaster, CA 93539    Phone No. (661) 948-2661

See Statement 1    36,931.    Form **1040** (2001)

Ex. 2 pg. 2

Form **2210**

Department of the Treasury
Internal Revenue Service

**Underpayment of**
**Estimated Tax by Individuals, Estates and Trusts**

► See separate instructions.
► Attach to Form 1040, 1040A, 1040NR, 1040NR-EZ, or 1041.

OMB No. 1545-0140

**2001**

06

Name(s) Shown on Tax Return

Robert E. and Vienna R. Leshin

Identifying Number

In most cases, **you do not need to file Form 2210. The IRS will figure any penalty you owe and send you a bill. File Form 2210** only if one or more boxes in Part I apply to you. If you do not need to file Form 2210, you still may use it to figure your penalty. Enter the amount from Part III, line 21, or Part IV, line 37, on the penalty line of your return, but do not attach Form 2210.

**Part I**     **Reasons for Filing** — If 1a, 1b, or 1c below applies to you, you may be able to lower or eliminate your penalty. But you **must** check the boxes that apply and file Form 2210 with your tax return. If 1d below applies to you, check that box and file Form 2210 with your tax return.

1   Check whichever boxes apply (if none apply, see the text above Part I and **do not file Form 2210**):

a   ☐   You request a **waiver**. In certain circumstances, the IRS will waive all or part of the penalty. See **Waiver of Penalty** in the instructions.

b   ☐   You use the **annualized income installment method**. If your income varied during the year, this method may reduce the amount of one or more required installments. See the instructions.

c   ☐   You had federal income tax withheld from wages and, for estimated tax purposes, you treat the withheld tax as paid on the dates it was actually withheld, instead of in equal amounts on the payment due dates. See the instructions for line 23.

d   ☐   Your required annual payment (line 14 below) is based on your 2000 tax and you filed or are filing a joint return for either 2000 or 2001 but not for both years.

**Part II**     **Required Annual Payment**

| | | | |
|---|---|---|---:|
| 2 | Enter your 2001 tax after credits (see instructions) | 2 | 13,284. |
| 3 | Other taxes (see instructions) | 3 | 8,037. |
| 4 | Add lines 2 and 3 | 4 | 21,321. |
| 5 | Earned income credit | 5 | |
| 6 | Additional child tax credit | 6 | |
| 7 | Credit for federal tax paid on fuels | 7 | |
| 8 | Add lines 5, 6, and 7 | 8 | 0. |
| 9 | Current year tax. Subtract line 8 from line 4 | 9 | 21,321. |
| 10 | Multiply line 9 by 90% (.90) | 10 | 19,189. |
| 11 | Withholding taxes. **Do not** include any estimated tax payments on this line (see instructions) | 11 | |
| 12 | Subtract line 11 from line 9. If less than $1,000, stop here; you do not owe the penalty. **Do not file Form 2210** | 12 | 21,321. |
| 13 | Enter the tax shown on your 2000 tax return (110% of that amount if the adjusted gross income shown on that return is more than $150,000, or, if married filing separately for 2001, more than $75,000). **Caution:** See instructions | 13 | |
| 14 | **Required annual payment.** Enter the **smaller** of line 10 or line 13 | 14 | 19,189. |

If line 11 is equal to or more than line 14, stop here; you do not owe the penalty.
Do not file Form 2210 unless you checked box 1d above.

**Part III**     **Short Method (Caution:** See the instructions to find out if you can use the short method. If you checked box **1b** or **1c** in Part I, skip this part and go to Part IV.)

| | | | |
|---|---|---|---:|
| 15 | Enter the amount, if any, from line 11 above | 15 | |
| 16 | Enter the total amount, if any, of estimated tax payments you made | 16 | |
| 17 | Add lines 15 and 16 | 17 | |
| 18 | **Total underpayment for year.** Subtract line 17 from line 14. If zero or less, stop here; you do not owe the penalty. **Do not file Form 2210 unless you checked box 1d above** | 18 | 19,189. |
| 19 | Multiply line 18 by .04397 (see the instructions if you are eligible for relief due to the September 11, 2001, terrorist attacks) | 19 | 844. |
| 20 | • If the amount on line 18 was paid **on or after** 4/15/02, enter -0-. | | |
| | • If the amount on line 18 was paid **before** 4/15/02, make the following computation to find the amount to enter on line 20. | | |
| | Amount on      Number of days paid<br>line 18      before 4/15/02<br>____ x ____ x .00016 | 20 | 0. |
| 21 | **Penalty.** Subtract line 20 from line 19. Enter the result here and on Form 1040, line 71; Form 1040A, line 46; Form 1040NR, line 69; Form 1040NR-EZ, line 26; or Form 1041, line 26, but **do not file Form 2210 unless you checked one or more of the boxes in Part I above** ► | 21 | 844. |

BAA **For Paperwork Reduction Act Notice, see separate instructions.**

Form **2210** (2001)

FDIZ0312L   01/22/02

Ex. 2 pg. 3

| Schedule A (Form 1040) | | Itemized Deductions | | | | OMB No. 1545-0074 |
|---|---|---|---|---|---|---|

**Schedule A (Form 1040)**

Department of the Treasury
Internal Revenue Service (99)

**Itemized Deductions**

► Attach to Form 1040.
► See Instructions for Schedule A (Form 1040).

OMB No. 1545-0074

**2001**

07

Name(s) Shown on Form 1040

Robert E. and Vienna R. Leshin

| | | | | | |
|---|---|---|---|---|---|
| **Medical and Dental Expenses** | | **Caution.** Do not include expenses reimbursed or paid by others. | | | |
| | 1 | Medical and dental expenses (see instructions) . . . . . . . . . Statement 2 | 1 | 2,500. | |
| | 2 | Enter amount from Form 1040, line 34 . . . . . . | 2 | 109,859. | |
| | 3 | Multiply line 2 above by 7.5% (.075) . . . . . . . . . . . . . . . . . . | 3 | 8,239. | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- . . . . | | 4 | 0. |
| **Taxes You Paid** (See instructions.) | 5 | State and local income taxes . . . . . . . . . . . . . . . . . | 5 | | |
| | 6 | Real estate taxes (see instructions) . . . . . . . . . . . . . . . . . . . . . | 6 | 1,700. | |
| | 7 | Personal property taxes . . . . . . . . . . . . . . . . . . . . . . . . | 7 | | |
| | 8 | Other taxes. List type and amount ► _ _ _ _ _ _ _ _ _ _ _ _ | 8 | | |
| | 9 | Add lines 5 through 8 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 9 | 1,700. |
| **Interest You Paid** (See instructions.) **Note.** Personal interest is not deductible. | 10 | Home mtg interest and points reported to you on Form 1098 . . . See St. 3 | 10 | 7,187. | |
| | 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see instructions and show that person's name, identifying number, and address ► _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | 11 | | |
| | 12 | Points not reported to you on Form 1098. See instrs for spcl instrs . . . . . . . . . . . | 12 | | |
| | 13 | Investment interest. Attach Form 4952 if required. (See instrs.) . . . . . . . | 13 | | |
| | 14 | Add lines 10 through 13 . . . . . . . . . . . . . . . . . . . . . . . . . . | | 14 | 7,187. |
| **Gifts to Charity** If you made a gift and got a benefit for it, see instructions. | 15 | Gifts by cash or check. If you made any gift of $250 or more, see instructions . . . . . . . . . . . . . . . . . . . . . . | 15 | | |
| | 16 | Other than by cash or check. If any gift of $250 or more, see instructions. You **must** attach Form 8283 if over $500 . . . . . . . . . . . . . . | 16 | | |
| | 17 | Carryover from prior year . . . . . . . . . . . . . . . . . . . . . . . . | 17 | | |
| | 18 | Add lines 15 through 17 . . . . . . . . . . . . . . . . . . . . . . . . . . | | 18 | 0. |
| **Casualty and Theft Losses** | 19 | Casualty or theft loss(es). Attach Form 4684. (See instructions.) . . . . . . . . . . | | 19 | 0. |
| **Job Expenses and Most Other Miscellaneous Deductions** (See instructions for expenses to deduct here.) | 20 | Unreimbursed employee expenses — job travel, union dues, job education, etc. You **must** attach Form 2106 or 2106-EZ if required. (See instructions.) ► _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | 20 | | |
| | 21 | Tax preparation fees . . . . . . . . . . . . . . . . . . . . . . . . . . . | 21 | | |
| | 22 | Other expenses — investment, safe deposit box, etc. List type and amount ► _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | 22 | | |
| | 23 | Add lines 20 through 22 . . . . . . . . . . . . . . . . . . . . . . . | 23 | | |
| | 24 | Enter amount from Form 1040, line 34 . . . . . . | 24 | | |
| | 25 | Multiply line 24 above by 2% (.02) . . . . . . . . . . . . . | 25 | | |
| | 26 | Subtract line 25 from line 23. If line 25 is more than line 23, enter -0- . . . . . . . . . . . . . | | 26 | 0. |
| **Other Miscellaneous Deductions** | 27 | Other — from list in the instructions. List type and amount ► _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | 27 | 0. |
| **Total Itemized Deductions** | 28 | Is Form 1040, line 34, over $132,950 (over $66,475 if MFS)? [X] **No.** Your deduction is not limited. Add the amts in the far right col for lines 4 through 27. Also, enter this amt on Form 1040, line 36. [ ] **Yes.** Your deduction may be limited. See instructions for the amount to enter. | | 28 | 8,887. |

BAA  For Paperwork Reduction Act Notice, see Form 1040 instructions.

FDIA0301L  01/07/02

Schedule A (Form 1040) 2001

Ex. 2 pg. 4

Schedule **A & B** (Form 1040) 2001           OMB No. 1545-0074     Page **2**

Name(s) Shown on Form 1040.           Your Social Security Number

Robert E. and Vienna R. Leshin         ███████████

## Schedule B — Interest and Ordinary Dividends    08

| | | | Amount |
|---|---|---|---|
| **Part I**<br>**Interest**<br><br>(See instructions for Form 1040, line 8a.)<br><br>**Note. If you received a Form 1099-INT, Form 1099-OID, or substitute statement from a brokerage firm, list the firm's name as the payer and enter the total interest shown on that form.** | **1** | List name of payer. If any interest is from a seller-financed mortgage and the buyer used the property as a personal residence, see the instructions and list this interest first. Also, show that buyer's social security number and address ............................ ▶<br>Rose Bawmwohl Leshin T/U/W | 1,234. |
| | **2** | Add the amounts on line 1. | **2** 1,234. |
| | **3** | Excludable interest on series EE and I U.S. savings bonds issued after 1989 from Form 8815, line 14. You **must** attach Form 8815 | **3** |
| | **4** | Subtract line 3 from line 2. Enter the result here and on Form 1040, line 8a. ........ ▶ | **4** 1,234. |

**Note. If line 4 is over $400, you must complete Part III.**

| | | | Amount |
|---|---|---|---|
| **Part II**<br>**Ordinary**<br>**Dividends**<br><br>(See instructions for Form 1040, line 9.)<br><br>**Note. If you received a Form 1099-DIV or substitute statement from a brokerage firm, list the firm's name as the payer and enter the ordinary dividends shown on that form.** | **5** | List name of payer. Include only ordinary dividends. If you received any capital gain distributions, see the instructions for Form 1040, line 13 .... ▶<br>AT&T<br>Bank of America<br>Bellsouth<br>Eastman Kodak<br>El Paso Corporation<br>General Motors Corp<br>International Business Machines<br>Newport News Shipbuilding<br>Rose Bawmwohl Leshin T/U/W<br>SBC Communications<br>SBC Communications<br>Testamentary Trust, Part II under the W<br>UBS Painewebber<br>Verizon Communications<br>Xerox Corporation | **5**   7.<br>196.<br>27.<br>80.<br>3.<br>36.<br>167.<br>1.<br>139.<br>39.<br>57.<br>2,289.<br>9,963.<br>42.<br>3. |
| | **6** | Add the amounts on line 5. Enter the total here and on Form 1040, line 9. ............ ▶ | **6** 13,049. |

**Note. If line 6 is over $400, you must complete Part III.**

| | | | Yes | No |
|---|---|---|---|---|
| **Part III**<br>**Foreign**<br>**Accounts**<br>**and**<br>**Trusts**<br><br>(See instructions.) | | You must complete this part if you **(a)** had over $400 of taxable interest or ordinary dividends; **(b)** had a foreign account; or **(c)** received a distribution from, or were a grantor of, or a transferor to, a foreign trust. | | |
| | **7a** | At any time during 2001, did you have an interest in or a signature or other authority over a financial account in a foreign country, such as a bank account, securities account, or other financial account? See instructions for exceptions and filing requirements for Form TD F 90-22.1 .................................................... | | X |
| | **b** | If 'Yes,' enter the name of the foreign country. ▶ | | |
| | **8** | During 2001, did you receive a distribution from, or were you the grantor of, or transferor to, a foreign trust? If 'Yes,' you may have to file Form 3520. See instructions ........................................ | | X |

**BAA For Paperwork Reduction Act Notice, see Form 1040 instructions.**     FDIA0401L 10/01/01     Schedule **B** (Form 1040) 2001

| **Schedule C** (Form 1040) | **Profit or Loss from Business** (Sole Proprietorship) | OMB No. 1545-0074 **2001** |
|---|---|---|

Department of the Treasury
Internal Revenue Service  (99)

► **Partnerships, joint ventures, etc., must file Form 1065 or Form 1065-B.**
► **Attach to Form 1040 or Form 1041.**  ► **See instructions for Schedule C (Form 1040).**

09

Name of Proprietor  Robert E. Leshin

Social Security Number (SSN)

**A** Principal Business or Profession, Including Product or Service (see instructions)
Hay Sales

**B** Enter Code from Instructions  ► 422500

**C** Business Name. If No Separate Business Name, Leave Blank.

**D** Employer ID Number (EIN), if Any

**E** Business Address (including suite or room no.)►
City, Town or Post Office, State, and ZIP Code

**F** Accounting method: **(1)** [X] Cash **(2)** [ ] Accrual **(3)** [ ] Other (specify) ►

**G** Did you 'materially participate' in the operation of this business during 2001? If 'No,' see instructions for limit on losses....  [X] Yes [ ] No

**H** If you started or acquired this business during 2001, check here ..................................  ► [ ]

## Part I  Income

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. **Caution.** If this income was reported to you on Form W-2 and the 'Statutory employee' box on that form was checked, see the instructions and check here........... ► [ ] | 1 | 324,967. |
| 2 | Returns and allowances ............................................. | 2 | |
| 3 | Subtract line 2 from line 1........................................... | 3 | 324,967. |
| 4 | Cost of goods sold (from line 42 on page 2)............................. | 4 | 268,087. |
| 5 | **Gross profit.** Subtract line 4 from line 3 .............................. | 5 | 56,880. |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund................. | 6 | |
| 7 | **Gross income.** Add lines 5 and 6 .................................. ► | 7 | 56,880. |

## Part II  Expenses. Enter expenses for business use of your home only on line 30.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8 | Advertising......... | 8 | | 19 | Pension and profit-sharing plans........ | 19 | |
| 9 | Bad debts from sales or services (see instructions) ...... | 9 | | 20 | Rent or lease (see instructions): | | |
| 10 | Car and truck expenses (see instrs)... | 10 | | a | Vehicles, machinery, and equipment..... | 20a | |
| 11 | Commissions and fees ......... | 11 | | b | Other business property............. | 20b | |
| 12 | Depletion.................... | 12 | | 21 | Repairs and maintenance ............. | 21 | |
| 13 | Depreciation and Section 179 expense deduction (not included in Part III) (see instructions) ............. | 13 | | 22 | Supplies (not included in Part III) ...... | 22 | |
| | | | | 23 | Taxes and licenses................... | 23 | |
| | | | | 24 | Travel, meals, and entertainment: | | |
| 14 | Employee benefit programs (other than on line 19)......... | 14 | | a | Travel....................... | 24a | |
| 15 | Insurance (other than health)... | 15 | | b | Meals and entertainment.......... | | |
| 16 | Interest: | | | c | Enter nondeductible amount included on line 24b (see instrs) ... | | |
| a | Mortgage (paid to banks, etc)......... | 16a | | | | | |
| b | Other....................... | 16b | | d | Subtract line 24c from line 24b.......... | 24d | |
| 17 | Legal & professional services .. | 17 | | 25 | Utilities........................... | 25 | |
| 18 | Office expense............... | 18 | | 26 | Wages (less employment credits)........ | 26 | |
| | | | | 27 | Other expenses (from line 48 on page 2).. | 27 | |

| | | | |
|---|---|---|---|
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27 in columns............. ► | 28 | |
| 29 | Tentative profit (loss). Subtract line 28 from line 7......................................... | 29 | 56,880. |
| 30 | Expenses for business use of your home. Attach **Form 8829**............................... | 30 | |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29. | | |
| | • If a profit, enter on **Form 1040, line 12,** and **also** on **Schedule SE, line 2** (statutory employees, see instructions). Estates and trusts, enter on **Form 1041, line 3.** | 31 | 56,880. |
| | • If a loss, you **must** go to line 32. | | |
| 32 | If you have a loss, check the box that describes your investment in this activity (see instructions). | | |

• If you checked 32a, enter the loss on **Form 1040, line 12,** and **also** on **Schedule SE, line 2**
(statutory employees, see instructions). Estates and trusts, enter on **Form 1041, line 3.**

32a [ ] All investment is at risk.

• If you checked 32b, you **must** attach **Form 6198.**

32b [ ] Some investment is not at risk.

**BAA  For Paperwork Reduction Act Notice, see Form 1040 instructions.**

Schedule C (Form 1040) 2001

FDIZ0112L  10/31/01

Ex. 2 pg. 6

Schedule **C** (Form 1040) 2001  Robert E. Leshin                                    Page **2**

| **Part III** | **Cost of Goods Sold** (see instructions) | | |
|---|---|---|---|

**33** Method(s) used to value closing inventory  **a** ☐ Cost  **b** ☐ Lower of cost or market  **c** ☐ Other (attach explanation)

**34** Was there any change in determining quantities, costs, or valuations between opening and closing inventory?
If 'Yes,' attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  ☐ **Yes**  ☐ **No**

| | | | |
|---|---|---|---|
| **35** | Inventory at beginning of year. If different from last year's closing inventory, attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **35** | |
| **36** | Purchases less cost of items withdrawn for personal use . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **36** | 268,087. |
| **37** | Cost of labor. Do not include any amounts paid to yourself . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **37** | |
| **38** | Materials and supplies . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **38** | |
| **39** | Other costs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **39** | |
| **40** | Add lines 35 through 39 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **40** | 268,087. |
| **41** | Inventory at end of year . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **41** | |
| **42** | **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on page 1, line 4 . . . . . . . . . . . | **42** | 268,087. |

| **Part IV** | **Information on Your Vehicle.** Complete this part **only** if you are claiming car or truck expenses on line 10 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file. |
|---|---|

**43** When did you place your vehicle in service for business purposes? (month, day, year)  ▶ _ _ _ _ _ _ _ _ _ _ .

**44** Of the total number of miles you drove your vehicle during 2001, enter the number of miles you used your vehicle for:
  **a** Business  _ _ _ _ _ _ _ _ _ _ _   **b** Commuting  _ _ _ _ _ _ _ _ _ _ _   **c** Other  _ _ _ _ _ _ _ _ _ _ _

**45** Do you (or your spouse) have another vehicle available for personal use? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  ☐ **Yes**  ☐ **No**

**46** Was your vehicle available for personal use during off-duty hours? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  ☐ **Yes**  ☐ **No**

**47a** Do you have evidence to support your deduction? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  ☐ **Yes**  ☐ **No**

  **b** If 'Yes,' is the evidence written? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  ☐ **Yes**  ☐ **No**

| **Part V** | **Other Expenses.** List below business expenses not included on lines 8 – 26 or line 30. | |
|---|---|---|
| _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | |
| _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | |
| _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | |
| _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | |
| _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | |
| _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | |
| _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | |
| _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | |
| **48** Total other expenses. Enter here and on page 1, line 27 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **48** | |

Schedule **C** (Form 1040) 2001

**Schedule D**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service    (99)

OMB No. 1545-0074

# Capital Gains and Losses

► Attach to Form 1040.    ► See instructions for Schedule D (Form 1040).
► Use Schedule D-1 to list additional transa...

**2001**

Name(s) Shown on Form 1040: Robert E. and Vienna R. Leshin

| Part I | Short-Term Capital Gains and Losses — Assets Held |

| (a) Description of property (Example: 100 shares XYZ Co) | (b) Date acquired (Mo, day, yr) | (c) Date sold (Mo, day, yr) | (d) Sales price (see instructions) | (e) Cost or other basis (see instructions) | (f) Gain or (loss) Subtract (e) from (d) |
|---|---|---|---|---|---|
| **1** | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **2** Enter your short-term totals, if any, from Schedule D-1, line 2 . . . . . . . . . . . . | **2** | | | | |
| **3** **Total short-term sales price amounts.** Add lines 1 and 2 in column (d) . . . . | **3** | | | | |
| **4** Short-term gain from Form 6252 and short-term gain or (loss) from Forms 4684, 6781, and 8824 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **4** | | | | |
| **5** Net short-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 . . . . | **5** | | | | |
| **6** Short-term capital loss carryover. Enter the amount, if any, from line 8 of your 2000 Capital Loss Carryover Worksheet . . . . . . . . . . . . . . . . | **6** | | | | |
| **7** **Net short-term capital gain or (loss).** Combine lines 1 through 6 in column (f) . . . . . . . . | **7** | | | | |

| Part II | Long-Term Capital Gains and Losses — Assets Held More Than One Year |

| (a) Description of property (Example: 100 shares XYZ Co) | (b) Date acquired (Mo, day, yr) | (c) Date sold (Mo, day, yr) | (d) Sales price (see instructions) | (e) Cost or other basis (see instructions) | (f) Gain or (loss) Subtract (e) from (d) | (g) 28% rate gain or (loss) (see instructions below) |
|---|---|---|---|---|---|---|
| **8** AT&T Wireless Fractional Shares | Various | 7/09/01 | 12. | 12. | 0. | |
| Raytheon Fractional Shares | Various | 5/15/01 | 29. | 29. | 0. | |
| 800 sh Abbott Labs | Various | 5/07/01 | 37,170. | 24,272. | 12,898. | |
| 1200 sh Abbott Labs | Various | 5/07/01 | 55,798. | 36,408. | 19,390. | |
| **9** Enter your long-term totals, if any, from Schedule D-1, line 9 . . . . . . . . . . . | **9** 16,545. | | | | 8,235. | |
| **10** **Total long-term sales price amounts.** Add lines 8 and 9 in column (d) . . . . . . . | **10** 109,554. | | | | | |
| **11** Gain from Form 4797, Part I; long-term gain from Forms 2439 and 6252; and long-term gain or (loss) from Forms 4684, 6781, and 8824 . . . . . . . . . . . . . . . . . . . . . . . | **11** | | | | | |
| **12** Net long-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 . . . . | **12** | | | | | |
| **13** Capital gain distributions. See instrs . . . . . . . . . . . . . . . . . . . . . . . | **13** | | | | | |
| **14** Long-term capital loss carryover. Enter in both columns (f) and (g) the amount, if any, from line 13 of your 2000 Capital Loss Carryover Worksheet . . . . . . . . . . . . . . . . | **14** | | | | | |
| **15** Combine lines 8 through 14 in column (g) . . . . . . . . . . . . . . . . . . . . . . | **15** | | | | | |
| **16** **Net long-term capital gain or (loss).** Combine lines 8 through 14 in column (f) . . . . . . . . | **16** | | | | 40,523. | |

**Next:** Go to Part III on page 2.

\* **28% rate gain or loss** includes **all** 'collectibles gains and losses' (as defined in the instructions) and up to 50% of the eligible gain on qualified small business stock (see instructions).

**BAA For Paperwork Reduction Act Notice, see Form 1040 instructions.**    Schedule D (Form 1040) 2001

FDIA0612L   12/28/01

Schedule D (Form 1040) 2001  Robert E. and Vienna R. Leshin                                          Page **2**

| **Part III** | **Taxable Gain or Deductible Loss** | | |
|---|---|---|---|

| | | | |
|---|---|---|---|
| **17** | Combine lines 7 and 16 and enter the result. If a loss, go to line 18. If a gain, enter the gain on Form 1040, line 13, and complete Form 1040 through line 39 | **17** | 40,523. |
| | Next: • If both lines 16 and 17 are gains **and** Form 1040, line 39, is more than zero, complete Part IV below. | | |
| | • Otherwise, skip the rest of Schedule D and complete Form 1040. | | |
| **18** | If line 17 is a loss, enter here and on Form 1040, line 13, the **smaller** of **(a)** that loss or **(b)** ($3,000) (or, if married filing separately, ($1,500)). Then complete Form 1040 through line 37 | **18** | |
| | Next: • If the loss on line 17 is more than the loss on line 18 or if Form 1040, line 37, is less than zero, skip **Part IV** below and complete the **Capital Loss Carryover Worksheet** in the instructions before completing the rest of Form 1040. | | |
| | • Otherwise, skip **Part IV** below and complete the rest of Form 1040. | | |

| **Part IV** | **Tax Computation Using Maximum Capital Gains Rates** | | | |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| **19** | Enter your unrecaptured Section 1250 gain, if any, from line 17 of the worksheet in the instructions.... | **19** | | |
| | **If line 15 or line 19 is more than zero, complete the worksheet in the instructions to figure the amount to enter on lines 22, 29, and 40 below, and skip all other lines below. Otherwise, go to line 20.** | | | |
| **20** | Enter your taxable income from Form 1040, line 39 | | **20** | 86,472. |
| **21** | Enter the **smaller** of line 16 or line 17 of Schedule D ......... | **21** | 40,523. | |
| **22** | If you are deducting investment interest expense on Form 4952, enter the amount from Form 4952, line 4e. Otherwise, enter -0- | **22** | 0. | |
| **23** | Subtract line 22 from line 21. If zero or less, enter -0- | | **23** | 40,523. |
| **24** | Subtract line 23 from line 20. If zero or less, enter -0- | | **24** | 45,949. |
| **25** | Figure the tax on the amount on line 24. Use the Tax Table or Tax Rate Schedules, whichever applies | | **25** | 6,979. |
| **26** | Enter the **smaller** of: | | | |
| | • The amount on line 20 **or** | | | |
| | • $45,200 if married filing jointly or qualifying widow(er); $27,050 if single; $36,250 if head of household; or $22,600 if married filing separately | | **26** | 45,200. |
| | **If line 26 is greater than line 24, go to line 27. Otherwise, skip lines 27 through 33 and go to line 34.** | | | |
| **27** | Enter the amount from line 24 | | **27** | |
| **28** | Subtract line 27 from line 26. If zero or less, enter -0- and go to line 34 | | **28** | |
| **29** | Enter your qualified 5-year gain, if any, from line 7 of the worksheet in the instructions | **29** | | |
| **30** | Enter the **smaller** of line 28 or line 29 | | **30** | |
| **31** | Multiply line 30 by 8% (.08) | | **31** | |
| **32** | Subtract line 30 from line 28 | **32** | | |
| **33** | Multiply line 32 by 10% (.10) | | **33** | |
| | **If the amounts on lines 23 and 28 are the same, skip lines 34 through 37 and go to line 38.** | | | |
| **34** | Enter the **smaller** of line 20 or line 23 | **34** | 40,523. | |
| **35** | Enter the amount from line 28 (if line 28 is blank, enter -0-) | **35** | 0. | |
| **36** | Subtract line 35 from line 34 | **36** | 40,523. | |
| **37** | Multiply line 36 by 20% (.20) | | **37** | 8,105. |
| **38** | Add lines 25, 31, 33, and 37 | | **38** | 15,084. |
| **39** | Figure the tax on the amount on line 20. Use the Tax Table or Tax Rate Schedules, whichever applies | | **39** | 18,131. |
| **40** | **Tax on all taxable income (including capital gains).** Enter the **smaller** of line 38 or line 39 here and on Form 1040, line 40 | | **40** | 15,084. |

BAA                                                                                  Schedule **D** (Form 1040) 2001

Schedule **D-1** (Form 1040) 2001

| | 12A | Page **2** |

Name(s) Shown on Form 1040. Do Not Enter Name and Social Security Number if Shown on Page 1.

Robert E. and Vienna R. Leshin

Your Social Security Number

███████████████

### Part II  Long-Term Capital Gains and Losses — Assets Held More Than One Year

| **(a)** Description of property (Example: 100 shares XYZ Co) | **(b)** Date acquired (Mo, day, yr) | **(c)** Date sold (Mo, day, yr) | **(d)** Sales price (see instructions) | **(e)** Cost or other basis (see instructions) | **(f)** Gain or (loss). Subtract (e) from (d) | **(g)** 28% rate gain or (loss)* (see instructions) |
|---|---|---|---|---|---|---|
| 8  Chevrontexaco Corp | Various | 10/10/01 | 90. | 45. | 45. | |
| 159 sh Eastman Kodak | Various | 5/07/01 | 7,379. | 3,690. | 3,689. | |
| 373 sh Gallaher Group Plc Adr | Various | 5/07/01 | 9,002. | 4,501. | 4,501. | |
| Equiserve | Various | 2/27/01 | 29. | 29. | 0. | |
| Qwest Communications | Various | 12/31/01 | 45. | 45. | 0. | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| **9  Totals.** Combine columns (d), (f), and (g). Enter here and on Schedule D, line 9 .... ▶ 9 | | | 16,545. | | 8,235. | |

***28% rate gain or loss** includes **all** 'collectibles gains and losses' (as defined in the instructions) and up to 50% of the eligible gain on qualified small business stock (see instructions).

Schedule E (Form 1040) 2001                                                          **13**                                                                    Page **2**

Name(s) Shown on Return. Do Not Enter Name and Social Security Number if Shown on Page 1.                                         ▮ber

Robert E. and Vienna R. Leshin

**Note:** *If you report amounts from farming or fishing on Schedule E, you must enter you ▮▮▮▮▮▮▮▮ ▮▮▮ties on line 41 below. Real estate professionals must complete line 42 below.*

## Part II    Income or Loss from Partnerships and S Corporations

**Note:** *If you report a loss from an at-risk activity, you **must** check either column (e) or (f) on line 27 to describe your investment in the activity. See instructions. If you check column (f), you must attach **Form 6198.***

| 27 | (a) Name | (b) Enter P for partnership; S for S Corporation | (c) Check if foreign partnership | (d) Employer identification number | Investment at Risk? (e) All is at risk | (f) Some is not at risk |
|---|---|---|---|---|---|---|
| **A** | | | | | | |
| **B** | | | | | | |
| **C** | | | | | | |
| **D** | | | | | | |
| **E** | | | | | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | | |
|---|---|---|---|---|---|
| | (g) Passive loss allowed (attach **Form 8582** if required) | (h) Passive income from **Schedule K-1** | (i) Nonpassive loss from **Schedule K-1** | (j) Section 179 expense deduction from **Form 4562** | (k) Nonpassive income from **Schedule K-1** |
| **A** | | | | | |
| **B** | | | | | |
| **C** | | | | | |
| **D** | | | | | |
| **E** | | | | | |
| **28a** Totals | | | | | |
| **b** Totals | | | | | |

| | | | |
|---|---|---|---|
| 29 | Add columns (h) and (k) of line 28a | **29** | |
| 30 | Add columns (g), (i), and (j) of line 28b | **30** | |
| 31 | Total partnership and S corporation income or (loss). Combine lines 29 and 30. Enter the result here and include in the total on line 40 below. | **31** | |

## Part III    Income or Loss from Estates and Trusts

| 32 | (a) Name | (b) Employer ID no. |
|---|---|---|
| **A** | Testamentary Trust, Part II under the W | 95-6834613 |
| **B** | Rose Bawmwohl Leshin T/U/W | 95-6132625 |

| | Passive Income and Loss | | Nonpassive Income and Loss | |
|---|---|---|---|---|
| | (c) Passive deduction or loss allowed (attach **Form 8582** if required) | (d) Passive income from **Schedule K-1** | (e) Deduction or loss from **Schedule K-1** | (f) Other income from **Schedule K-1** |
| **A** | | | | 2,191. |
| **B** | | | | 1. |
| **33a** Totals | | | | 2,192. |
| **b** Totals | | | | |

| | | | |
|---|---|---|---|
| 34 | Add columns (d) and (f) of line 33a | **34** | 2,192. |
| 35 | Add columns (c) and (e) of line 33b | **35** | |
| 36 | Total estate and trust income or (loss). Combine lines 34 and 35. Enter the result here and include in the total on line 40 below. | **36** | 2,192. |

## Part IV    Income or Loss from Real Estate Mortgage Investment Conduits (REMICs) — Residual Holder

| 37 | (a) Name | (b) Employer identification number | (c) Excess inclusion from Schedules Q, line 2c (see instructions) | (d) Taxable income (net loss) from Schedules Q, line 1b | (e) Income from Schedules Q, line 3b |
|---|---|---|---|---|---|
| | | | | | |

| | | | |
|---|---|---|---|
| 38 | Combine columns (d) and (e) only. Enter the result here and include in the total on line 40 below | **38** | |

## Part V    Summary

| | | | |
|---|---|---|---|
| 39 | Net farm rental income or (loss) from **Form 4835**. Also, complete line 41 below. | **39** | |
| 40 | **Total** income or (loss). Combine lines 26, 31, 36, 38, and 39. Enter the result here and on Form 1040, line 17. ▸ | **40** | 2,192. |
| 41 | **Reconciliation of Farming and Fishing Income:** Enter your **gross** farming and fishing income reported on Form 4835, line 7; Schedule K-1 (Form 1065), line 15b; Schedule K-1 (Form 1120S), line 23; and Schedule K-1 (Form 1041), line 14 (see instructions). | **41** | |
| 42 | **Reconciliation for Real Estate Professionals.** If you were a real estate professional (see instructions), enter the net income or (loss) you reported anywhere on Form 1040 from all rental real estate activities in which you materially participated under the passive activity loss rules. | **42** | |

BAA                                     FDIZ2302L   10/08/01                                     Schedule **E** (Form 1040) 2001

Ex. 2 pg. 11

| Schedule SE<br>(Form 1040)<br><br>Department of the Treasury<br>Internal Revenue Service    (99) | Self-Employment Tax<br><br>► See instructions for Schedule SE (Form 1040).<br><br>► Attach to Form 1040. | OMB No. 1545-0074<br><br>**2001**<br>**17** |

| Name of Person with **Self-Employment** Income (as shown on Form 1040) | Social Security Number of Person with **Self-Employment** Income ► |
|---|---|
| Robert E. Leshin | 55█████ |

## Who Must File Schedule SE

You must file Schedule SE if:

- You had net earnings from self-employment from **other than** church employee income (line 4 of Short Schedule SE or line 4c of Long Schedule SE) of $400 or more **or**

- You had church employee income of $108.28 or more. Income from services you performed as a minister or a member of a religious order **is not** church employee income. See instructions.

**Note.** Even if you had a loss or a small amount of income from self-employment, it may be your benefit to file Schedule SE and use either 'optional method' in Part II of Long Schedule SE. See instructions.

**Exception.** If your only self-employment income was from earnings as a minister, member of a religious order, or Christian Science practitioner **and** you filed Form 4361 and received IRS approval not to be taxed on those earnings, **do not** file Schedule SE. Instead, write 'Exempt — Form 4361' on Form 1040, line 53.

## May I Use Short Schedule SE or Must I Use Long Schedule SE?

```
                        ┌────────────────────────────────────────┐
                        │ Did you receive wages or tips in 2001?  │
                        └────────────────────────────────────────┘
              │No                  │                              │Yes
              ▼                    ▼                              ▼
┌────────────────────────────────────────┐Yes  ┌────────────────────────────────────────┐Yes
│ Are you a minister, member of a        │──►  │ Was the total of your wages and tips   │──►
│ religious order, or Christian Science  │     │ subject to social security or railroad │
│ practitioner who received IRS approval │     │ retirement tax plus your net earnings  │
│ not to be taxed on earnings from these │     │ from self-employment more than $80,400?│
│ sources, but you owe self-employment   │     └────────────────────────────────────────┘
│ tax on other earnings?                 │              │No
└────────────────────────────────────────┘              ▼
              │No                              ┌────────────────────────────────────────┐Yes
              ▼                           No ◄─│ Did you receive tips subject to social │──►
┌────────────────────────────────────────┐Yes │ security or Medicare tax that you did   │
│ Are you using one of the optional      │──►  │ not report to your employer?           │
│ methods to figure your net earnings    │     └────────────────────────────────────────┘
│ (see instructions)?                    │
└────────────────────────────────────────┘
              │No
              ▼
┌────────────────────────────────────────┐Yes
│ Did you receive church employee income │──►
│ reported on Form W-2 of $108.28 or more?│
└────────────────────────────────────────┘
              │No
              ▼
┌────────────────────────────────────────┐     ┌────────────────────────────────────────┐
│  You may use Short Schedule SE below    │     │    You must use Long Schedule SE        │
└────────────────────────────────────────┘     └────────────────────────────────────────┘
```

## Section A — Short Schedule SE. Caution: Read above to see if you can use Short Schedule SE.

| | | | |
|---|---|---|---|
| 1 | Net farm profit or (loss) from Schedule F, line 36, and farm partnerships, Schedule K-1 (Form 1065), line 15a. . . . . . . . . . . . . . . . . . . . . . . . | 1 | |
| 2 | Net profit or (loss) from Schedule C, line 31; Schedule C-EZ, line 3; Schedule K-1 (Form 1065), line 15a (other than farming); and Schedule K-1 (Form 1065-B), box 9. Ministers and members of religious orders, see instructions for amounts to report on this line. See instructions for other income to report . . . . . . . . . | 2 | 56,880. |
| 3 | Combine lines 1 and 2 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3 | 56,880. |
| 4 | **Net earnings from self-employment.** Multiply line 3 by 92.35% (.9235). If less than $400, **do not** file this schedule; you do not owe self-employment tax. . . . . . . . . . . . . . . . ► | 4 | 52,529. |
| 5 | **Self-employment tax.** If the amount on line 4 is: | 5 | 8,037. / |
| | • $80,400 or less, multiply line 4 by 15.3% (.153). Enter the result here and on **Form 1040, line 53.** | | |
| | • More than $80,400, multiply line 4 by 2.9% (.029). Then, add $9,969.60 to the result. Enter the total here and on **Form 1040, line 53.** | | |
| 6 | **Deduction for one-half of self-employment tax.** Multiply line 5 by 50% (.5). Enter the result here and on **Form 1040, line 27.** . . . . . . . . . . . . . . | 6 | 4,019. |

BAA For Paperwork Reduction Act Notice, see Form 1040 instructions.                    Schedule **SE** (Form 1040) 2001

| 2001 | Federal Statements | Page 1 |
|---|---|---|

### Robert E. and Vienna R. Leshin

**Statement 1**
**Form 1040, Page 2**
**Penalties**

| | | |
|---|---|---|
| Tax Due Before Penalties | $ | 22,165. |
| Late Filing | | 4,797. |
| Late Payment | | 4,264. |
| Interest | | 5,705. |
| Grand Total Tax Due | $ | 36,931. |

**Statement 2**
**Schedule A, Line 1**
**Medical and Dental Expenses**

| | | |
|---|---|---|
| Doctors, Dentists, and Nurses | $ | 2,500. |
| Total | $ | 2,500. |

**Statement 3**
**Schedule A, Line 10**
**Home Mortgage Interest Reported on Form 1098**

| | | |
|---|---|---|
| Washington Mutual Bank | $ | 7,187. |
| Total | $ | 7,187. |

| Form **1040-V** | **Payment Voucher** | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury Internal Revenue Service          (99) | ► Do not staple or attach this voucher to your payment or return. | **2001** |

| **1** Your Social Security Number (SSN) | **2** If a Joint Return, SSN Shown Second on That Return | **3** Amount You Are Paying by Check or Money Order |  |
|---|---|---|---|
| ▉▉▉▉▉▉▉ | 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 | | 36,931. |

**4** Your First Name, Initial, and Last Name

Robert E. Leshin

If a Joint Return, Spouse's First Name, Initial, and Last Name

Vienna R. Leshin

Home Address (number and street)                                                              Apt No.

9644 E Avenue S-12

City, Town or Post Office                                                          State   ZIP Code

Littlerock, CA 93543

**BAA**

FDIA8601L   11/20/01



**9644 E AVE S 12**
**LITTLEROCK          CA 93543**

VIENNA R. LESHIN
9644 E AVENUE S1/,  661-944-5966
LITTLEROCK, CA /35-42-2310

**Washington Mutual**
Washington Mutual Bank, FA
11400 West Olympic Blvd. K Financial Center 1600
Lancaster Avenue K Financial Center 1600
Lancaster, CA 93534
1-800-788-7000
24 Hour Customer Service

90-7182/3222
442039007

1329

Remarks

Prepared by *(Name and unit symbol)*

For tax period 200112

| | | Transaction Data | | Transaction Data | | | |
|---|---|---|---|---|---|---|---|
| **Form number/ MFT** | | | | **Plan/Rpt Number** | | | **Transaction/ Received date** |
| 30 | | | | | | | **7/26/05** |

List, in the column below, any *Debit* amount to be assessed. A maximum of one debit transaction may be shown.

List, in the column below, payments to be posted to the taxpayer's account. A maximum of two *Credit* transactions may be shown

| Transaction Data | | | Transaction Data | | | |
|---|---|---|---|---|---|---|
| Amount | Code | Description | Amount | Code | Ind. | Description |
| | 170 | ES penalty | $1.00 | 610 | | Remittance with return |
| | | | | 670 | | Subsequent payment |
| | 180 | FTD penalty | | 620 | | Payment for Form 7004 |
| | 360 | Fees and collection cost | | 640 | | Advance payment on Deficiency |
| 570 | | Additional liability pending | | 430 | | Est. tax payment Form 1040-ES |
| | | Other debit | | 660 | | Est. tax payment Form 1041-ES |
| | | | | 680 | | Designated interest |
| | | | | | | Other credit |
| **$1.00** | | | **$1.00** | | | Total payment |

Tax Period
2001

Form **3244** (Rev. 3-2004)          Cat. No. 22215N          Department of the Treasury - Internal Revenue Service

Ex. 2 pg. 15