

United States of America

**Department of the Treasury**
Internal Revenue Service

Date: Nov. 28, 2006

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Robert E. & Vienna R. Leshin, SSN: ▮▮▮▮▮ and Spouses SSN: ▮▮▮-▮▮-3843, for U.S. Individual Income Tax Return (Form 1040), for the tax period December 31, 1999, consisting of three pages ─ under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*[signature]*

Linda L. Drake
Supervisor Accounting Technician
Ogden W&I Submission Processing
SW Delegation Order 198

**EXHIBIT 3**

Catalog Number 19002E                                    Form **2866** (Rev. 09-1997)

Ex. 3 pg. 1

```
          CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------

ROBERT E & VIENNA R LESHIN                EIN/SSN:  


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1999
                                          ASSESSMENT,      PAYMENT,       ASSESSMENT
DATE         EXPLANATION OF TRANSACTION   OTHER DEBITS     CREDIT         DATE (23C,
                                          (REVERSAL)       (REVERSAL)     RAC 006 )
-----------------------------------------------------------------------------
             ADJUSTED GROSS INCOME
                   81,144.00

             TAXABLE INCOME
                   58,045.00

             SELF EMPLOYMENT TAX
                   10,464.00

08-12-2005   RETURN FILED & TAX ASSESSED                   19,615.00      10-24-2005
             89221-239-70426-5   200541

07-28-2005   RECEIVED POA/TIA

08-12-2005   PAYMENT WITH RETURN                                1.00

             LATE FILING PENALTY           4,413.37                       10-24-2005
             20054108

             FAILURE TO PAY TAX            4,903.75                       10-24-2005
             PENALTY
             20054108

             INTEREST ASSESSED             9,757.96                       10-24-2005
             20054108

02-06-2006   MODULE IN FEDERAL PAYMENT
             LEVY PROGRAM

03-13-2006   MODULE REVERSED OUT OF
             FEDERAL PAYMENT LEVY
             PROGRAM

04-03-2006   INTENT TO LEVY COLLECTION
             DUE PROCESS NOTICE
             LEVY NOTICE ISSUED

04-03-2006   INTENT TO LEVY COLLECTION
             DUE PROCESS NOTICE
             LEVY NOTICE ISSUED

FORM 4340   (REV. 01-2002)                       [PAGE    1]
```

```
              CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
---------------------------------------------------------------------------------

ROBERT E & VIENNA R LESHIN              EIN/SSN:  ████████


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040         TAX PERIOD: DEC  1999


                                         ASSESSMENT,      PAYMENT,      ASSESSMENT
DATE         EXPLANATION OF TRANSACTION  OTHER DEBITS     CREDIT        DATE (23C,
                                         (REVERSAL)       (REVERSAL)    RAC 006 )
---------------------------------------------------------------------------------
04-07-2006  FEDERAL TAX LIEN

04-06-2006  INTENT TO LEVY COLLECTION
            DUE PROCESS NOTICE
            RETURN RECEIPT SIGNED

04-06-2006  INTENT TO LEVY COLLECTION
            DUE PROCESS NOTICE
            RETURN RECEIPT SIGNED

09-27-2006  SUBSEQUENT PAYMENT                             5,410.61
            LEVY

10-30-2006  LEGAL SUIT PENDING

10-24-2005  Statutory Notice of Balance Due

11-28-2005  Statutory Notice of Intent to Levy


FORM 4340   (REV. 01-2002)                     PAGE    2
```

```
          CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
----------------------------------------------------------------------------

ROBERT E & VIENNA R LESHIN                EIN/SSN:  [REDACTED]


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1999
----------------------------------------------------------------------------


BALANCE           33,278.47


----------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.
----------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: [signature: Linda L. Drake]

PRINT NAME:         Linda L. Drake

TITLE:              Supervisor Accounting Technician, Ogden W&I Submission Processing

DELEGATION ORDER:   SW Delegation Order 198


LOCATION: INTERNAL REVENUE SERVICE

          ACCOUNT STATUS DATE 11/28/2006

FORM 4340  (REV. 01-2002)                        PAGE    3
```

Ex. 3 pg. 4