

United States      of America

Department of the Treasury
Internal Revenue Service

Date: DEC 1 2006

**CERTIFICATE OF OFFICIAL RECORD**

I certify that the annexed: is a true copy of Account Transcript, from the Transcript Delivery System, for U.S. Individual Income Tax Return, Form 1040, for Robert E. & Vienna R. Leshin, Social Security Number ▮▮▮▮▮ and ▮▮▮▮▮ respectively, for the calendar year ending December 31, 2000 consisting of two pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*Carrie L. Kawahara*

Carrie L. Kawahara
Senior Disclosure Specialist
Governmental Liaison and Disclosure



Catalog Number 19002E

EXHIBIT
4

Ex. 4 pg. 1


# Internal Revenue Service
## DEPARTMENT OF THE TREASURY
— e-services —

> This Product Contains Sensitive Taxpayer Data

**Account Transcript**

Request Date: 11-20-2006
Response Date: 11-20-2006
IRS Employee Number: BCNFB
Tracking Number: 100010652778

FORM NUMBER: 1040    TAX PERIOD: Dec. 31, 2000

TAXPAYER IDENTIFICATION NUMBER:
SPOUSE TAXPAYER IDENTIFICATION NUMBER:

ROBERT E & VIENNA R LESHIN
9644 E AVENUE S-12
LITTLEROCK, CA 93543

<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>
Any minus sign shown below signifies a credit amount.

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 21,089.56 | |
| ACCRUED INTEREST: | 1,926.54 | AS OF: Dec. 04, 2006 |
| ACCRUED PENALTY: | 0.00 | AS OF: Dec. 04, 2006 |
| ACCOUNT BALANCE PLUS ACCRUALS: | 23,016.10 | |
| ** EXEMPTIONS: | 05 | ** FILING STATUS: Married Filing Joint |
| ** ADJUSTED GROSS INCOME: | 61,489.00 | |
| ** TAXABLE INCOME: | 37,490.00 | |
| TAX PER RETURN: | 11,608.00 | |
| ** SE TAXABLE INCOME TAXPAYER: | 45,666.00 | |
| ** SE TAXABLE INCOME SPOUSE: | 0.00 | |
| ** TOTAL SELF EMPLOYMENT TAX: | 6,987.00 | |

** PER RETURN OR AS ADJUSTED

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER): Aug. 12, 2005
PROCESSING DATE: Sep. 26, 2005

Ex. 4 pg. 2

| | TRANSACTIONS | | | |
|---|---|---|---|---|
| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
| 150 | RETURN FILED AND TAX ASSESSED<br>89211-239-00044-5 | 20053708 | 09-26-2005 | $11,608.00 |
| 960 | RECEIVED POA/TIA | | 07-28-2005 | $0.00 |
| 610 | PAYMENT WITH RETURN | | 08-12-2005 | -$1.00 |
| 166 | LATE FILING PENALTY | 20053708 | 09-26-2005 | $2,611.80 |
| 276 | FAILURE TO PAY TAX PENALTY | 20053708 | 09-26-2005 | $2,902.00 |
| 196 | INTEREST ASSESSED | 20053708 | 09-26-2005 | $3,968.76 |
| 971 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE<br>LEVY NOTICE ISSUED | | 12-13-2005 | $0.00 |
| 971 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE<br>LEVY NOTICE ISSUED | | 12-13-2005 | $0.00 |
| 520 | LEGAL/BANKRUPTCY SUIT PENDING | | 01-17-2006 | $0.00 |
| 520 | LEGAL/BANKRUPTCY SUIT PENDING | | 01-17-2006 | $0.00 |
| 480 | OFFER IN COMPROMISE PENDING | | 04-21-2006 | $0.00 |
| 521 | LEGAL/BANKRUPTCY SUIT NO LONGER PENDING | | 01-17-2006 | $0.00 |
| 521 | LEGAL/BANKRUPTCY SUIT NO LONGER PENDING | | 01-17-2006 | $0.00 |
| 582 | FEDERAL TAX LIEN | | 07-28-2006 | $0.00 |
| 971 | COLLECTION DUE PROCESS EQUIVALENT HEARING REQUEST RECEIVED | | 01-17-2006 | $0.00 |

This Product Contains Sensitive Taxpayer Data