# United States  of America

### Department of the Treasury
### Internal Revenue Service

Date: Nov. 28, 2006

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:    is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Robert E. & Vienna R. Leshin, SSN: ███████, and Spouses SSN: ████ 3843, for U.S. Individual Income Tax Return (Form 1040), for the tax period December 31, 2001, consisting of five pages ————————————————————————————

under the custody of this office.

IN WITNESS WHEREOF,  I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*Linda L. Drake*

Linda L. Drake
Supervisor Accounting Technician
Ogden W&I Submission Processing
SW Delegation Order 198



**EXHIBIT**

5

Catalog Number 19002E

Form **2866** (Rev. 09-1997)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------

ROBERT E & VIENNA R LESHIN          EIN/SSN: 

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  2001

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| | ADJUSTED GROSS INCOME 109,859.00 | | | |
| | TAXABLE INCOME 86,472.00 | | | |
| | SELF EMPLOYMENT TAX 8,037.00 | | | |
| 05-06-2004 | SUBSTITUTE FOR RETURN 72210-127-09056-4 | | 0.00 | 05-24-2004 |
| 08-10-2004 | STATUTORY NOTICE OF DEFICIENCY | | | |
| | ESTIMATED TAX PENALTY 20050408 | | 844.00 | 02-07-2005 |
| | ADDITIONAL TAX ASSESSED 19254-411-64736-5  20050408 | 32,512.00 | | 02-07-2005 |
| 12-28-2004 | STATUTORY NOTICE OF DEFICIENCY CLOSED | | | |
| | LATE FILING PENALTY 20050408 | | 7,315.20 | 02-07-2005 |
| | INTEREST ASSESSED 20050408 | | 6,004.01 | 02-07-2005 |
| | FAILURE TO PAY TAX PENALTY 20050408 | | 5,527.04 | 02-07-2005 |
| 06-06-2005 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 06-18-2005 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |

FORM 4340  (REV. 01-2002)              PAGE    1

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

ROBERT E & VIENNA R LESHIN          EIN/SSN: 

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  2001

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|-----------------------------|-----------------------------------|
| 07-20-2005 | RECEIVED POA/TIA | | | |
| 07-26-2005 | PAYMENT WITH RETURN | | 1.00 | |
| 09-05-2005 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 02-07-2005 | ESTIMATED TAX PENALTY ABATED | 442.56- | | |
| | ESTIMATED TAX PENALTY 20050408 | | 442.56 | 02-07-2005 |
| 10-17-2005 | PRIOR TAX ABATED 19254-662-18173-5 | 11,191.00- | | |
| 10-10-2005 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 10-17-2005 | LATE FILING PENALTY ABATED | 2,517.98- | | |
| 10-17-2005 | FAILURE TO PAY TAX PENALTY ABATED | 303.43- | | |
| 10-17-2005 | INTEREST ABATED | 575.06- | | |

FORM 4340  (REV. 01-2002)                    PAGE   2

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

ROBERT E & VIENNA R LESHIN          EIN/SSN: 

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2001

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|----------------------------------|
| 12-16-2005 | FEDERAL TAX LIEN | | | |
| 01-09-2006 | FEES AND COLLECTION COSTS | 18.00 | | |
| 01-17-2006 | SUBSEQUENT PAYMENT LEVY | | 3,310.49 | |
| 03-13-2006 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 04-07-2006 | FEDERAL TAX LIEN | | | |
| 05-01-2006 | FEES AND COLLECTION COSTS | 18.00 | | |
| 10-30-2006 | LEGAL SUIT PENDING | | | |
| 01-17-2006 | COLLECTIONS WORKING CASE | | | |
| 05-26-2003 | Taxpayer Deliquency Notice | | | |
| 07-21-2003 | Taxpayer Deliquency Notice | | | |
| 02-07-2005 | Statutory Notice of Balance Due | | | |
| 03-14-2005 | Notice of Balance Due | | | |

FORM 4340  (REV. 01-2002)              PAGE    3

Ex. 5 pg. 4

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

ROBERT E & VIENNA R LESHIN          EIN/SSN:  

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2001

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|---------------------------------|
| 04-18-2005 | Statutory Notice of Intent to Levy | | | |

FORM 4340  (REV. 01-2002)              ⎡PAGE    4⎤

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------

ROBERT E & VIENNA R LESHIN              EIN/SSN: ███████

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2001
--------------------------------------------------------------------------

BALANCE          34,339.29
--------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.
--------------------------------------------------------------------------

SIGNATURE OF CERTIFYING OFFICER: *Linda L. Drake*

PRINT NAME:_____Linda L. Drake_____

TITLE:_____Supervisor Accounting Technician, Ogden W&I Submission Processing

DELEGATION ORDER:___SW Delegation Order 198_____

LOCATION: INTERNAL REVENUE SERVICE

          ACCOUNT STATUS DATE 11/28/2006
FORM 4340  (REV. 01-2002)            ⌈PAGE    5⌉

Ex. 5 pg. 6