

United States of America

Department of the Treasury
Internal Revenue Service

Date: DEC 1 3 2006

**CERTIFICATE OF OFFICIAL RECORD**

I certify that the annexed: is a true copy of Account Transcript, from the Transcript Delivery System, for U.S. Individual Income Tax Return, Form 1040, for Robert E. & Vienna R. Leshin, Social Security Number ███████ and ███████ respectively, for the calendar year ending December 31, 2002 consisting of two pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*Carrie L. Kawahara* (signature)

Carrie L. Kawahara
Senior Disclosure Specialist
Governmental Liaison and Disclosure



Catalog Number 19002E

EXHIBIT 6

Ex. 6 pg. 1



# Internal Revenue Service — e-services
DEPARTMENT OF THE TREASURY

```
This Product Contains Sensitive Taxpayer Data
```

## Account Transcript

Request Date: 11-20-2006
Response Date: 11-20-2006
IRS Employee Number: BCNFB
Tracking Number: 100010652778

FORM NUMBER: 1040A            TAX PERIOD: Dec. 31, 2002

TAXPAYER IDENTIFICATION NUMBER:
SPOUSE TAXPAYER IDENTIFICATION NUMBER:

ROBERT E & VIENNA R LESHIN
9644 E AVENUE S-12
LITTLEROCK, CA 93543

<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>
Any minus sign shown below signifies a credit amount.

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 49,863.14 | |
| ACCRUED INTEREST: | 4,341.10 | AS OF: Dec. 04, 2006 |
| ACCRUED PENALTY: | 2,238.48 | AS OF: Dec. 04, 2006 |
| ACCOUNT BALANCE PLUS ACCRUALS: | 56,442.72 | |
| ** EXEMPTIONS: | 05 | ** FILING STATUS: Married Filing Joint |
| ** ADJUSTED GROSS INCOME: | 146,441.00 | |
| ** TAXABLE INCOME: | 123,591.00 | |
| TAX PER RETURN: | 0.00 | |
| ** SE TAXABLE INCOME TAXPAYER: | 59,158.00 | |
| ** SE TAXABLE INCOME SPOUSE: | 0.00 | |
| ** TOTAL SELF EMPLOYMENT TAX: | 9,051.00 | |

** PER RETURN OR AS ADJUSTED

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER): May 06, 2004
PROCESSING DATE: May 24, 2004

```
                           TRANSACTIONS
```

Ex. 6 pg. 2

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|------|---------------------------|-------|------|--------|
| 150  | SUBSTITUTE FOR RETURN     |       | 05-24-2004 | $0.00 |
|      | 72210-127-09055-4         |       |            |       |
| 170  | ESTIMATED TAX PENALTY     | 20050408 | 02-07-2005 | $1,037.00 |
| 290  | ADDITIONAL TAX ASSESSED   | 20050408 | 02-07-2005 | $50,172.00 |
|      | 19254-411-64739-5         |       |            |       |
| 166  | LATE FILING PENALTY       | 20050408 | 02-07-2005 | $11,288.70 |
| 196  | INTEREST ASSESSED         | 20050408 | 02-07-2005 | $5,338.70 |
| 276  | FAILURE TO PAY TAX PENALTY| 20050408 | 02-07-2005 | $5,518.92 |
| 960  | RECEIVED POA/TIA          |       | 07-20-2005 | $0.00 |
| 610  | PAYMENT WITH RETURN       |       | 07-26-2005 | -$1.00 |
| 171  | ESTIMATED TAX PENALTY ABATED |    | 02-07-2005 | -$639.57 |
| 173  | ESTIMATED TAX PENALTY     | 20050408 | 02-07-2005 | $639.57 |
| 291  | PRIOR TAX ABATED          |       | 10-17-2005 | -$19,142.00 |
|      | 19254-662-18179-5         |       |            |       |
| 167  | LATE FILING PENALTY ABATED |      | 10-17-2005 | -$4,306.95 |
| 197  | INTEREST ABATED           |       | 10-17-2005 | -$60.23 |
| 971  | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | 12-13-2005 | $0.00 |
| 971  | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | 12-13-2005 | $0.00 |
| 520  | LEGAL/BANKRUPTCY SUIT PENDING |   | 01-17-2006 | $0.00 |
| 520  | LEGAL/BANKRUPTCY SUIT PENDING |   | 01-17-2006 | $0.00 |
| 480  | OFFER IN COMPROMISE PENDING |     | 04-21-2006 | $0.00 |
| 521  | LEGAL/BANKRUPTCY SUIT NO LONGER PENDING | | 01-17-2006 | $0.00 |
| 521  | LEGAL/BANKRUPTCY SUIT NO LONGER PENDING | | 01-17-2006 | $0.00 |
| 582  | FEDERAL TAX LIEN          |       | 07-28-2006 | $0.00 |
| 360  | FEES AND COLLECTION COSTS |       | 08-21-2006 | $18.00 |
| 481  | OFFER IN COMPROMISE REJECTED |    | 08-16-2006 | $0.00 |
| 971  | COLLECTION DUE PROCESS EQUIVALENT HEARING REQUEST RECEIVED | | 01-17-2006 | $0.00 |

This Product Contains Sensitive Taxpayer Data

Ex. 6 pg. 3