--------------------------------------------------------------------------------

CERTIFIED MAIL: 7178 2665 9394 6142 5289        ▮entification Number:
Letter Date   : 12/16/2005                      ▮▮▮▮▮▮▮▮▮▮▮

========================================        Contact Person:
              MAILED TO:                        G. PRESTEL
ROBERT E LESHIN
9644 E AVE S 12                                 Employee Identification Number:
LITTLEROCK, CA 93543-0000                       95-06139
========================================
                                                Contact Telephone Number:
                                                (818) 756-4513
ROBERT E & VIENNA R LESHIN
ROBERT E LESHIN
9644 E AVE S 12
LITTLEROCK, CA 93543-0000

          NOTICE OF FEDERAL TAX LIEN FILING AND YOUR RIGHT TO A
                      HEARING UNDER IRC 6320

We filed a Notice of Federal Tax Lien on 12/14/2005.

          Type of Tax        Tax Period      Amount Owed
             1040            12/31/2001         37613.78

The lien attaches to all property you currently own and to all property
you may acquire in the future.  It also may damage your credit rating
and hinder your ability to obtain additional credit.

You have a right to a hearing with us to appeal this collection action
and to discuss your payment method options.  To explain the different
collection appeal procedures available to you, we've enclosed Publication
1660, Collection Appeal Rights.

If you want to request a hearing, please complete the enclosed form 12153,
Request for a Collection Due Process Hearing, and mail it to:

                    Internal Revenue Service
                    6230 VAN NUYS BLVD

                    VAN NUYS, CA 91401

You must request your hearing by 01/20/2006.

We'll issue a Certificate of Release of the Federal Tax Lien within 30 days
after you pay the full amount owed.  To get your current balance, contact
the person whose name and telephone appear at the top of this letter.



EXHIBIT
9

Ex. 9 pg. 1

```
                                    Letter 3172(DO) (Rev.11-2004)
                                    Catalog No. 267671
```

We'll also release the lien within 30 days after we accept a bond guaranteeing payment of the amount owed or after we adjust your account based on the decision of your requested hearing.  We enclosed Publication 1450, Instructions on Requesting a Certificate of Release of Federal Tax Lien. If you have any questions, please contact the person whose name and telephone number appear at the top of this letter.

                        Sincerely,


                        Director, Campus Compliance Operations

Enclosures:
Pub. 1, Your Rights as a Taxpayer
Pub. 1450, Instructions on How to Request a Certificate of Release of FTLien
Pub. 1660, Collection Appeal Rights
Form 668Y, Notice of Federal Tax Lien
Form 12153, Request for a Collection Due Process Hearing