# Request for a Collection Due Process Hearing

Use this form to request a hearing with the IRS Office of Appeals only when you receive a **Notice of Federal Tax Lien Filing & Your Right To A Hearing Under IRC 6320**, a **Final Notice - Notice Of Intent to Levy & Your Notice Of a Right To A Hearing**, or a **Notice of Jeopardy Levy and Right of Appeal**. Complete this form and send it to the address shown on your lien or levy notice for expeditious handling. Include a copy of your lien or levy notice(s) to ensure proper handling of your request.

*(Print)* Taxpayer Name(s): **Robert E & Vienna R. Leshin**

*(Print)* Address: **C/o Jeffrey D. Moffatt, Esq  43625 N Sierra Hwy, Suite A, Lancaster CA 93534**

Daytime Telephone Number: **661 9456121**             Type of Tax/Tax Form Number(s): **1040**

Taxable Period(s): **2000,,2002, 2003**

Social Security Number/Employer Identification Number(s): ▮▮▮▮▮▮ and ▮▮▮▮▮▮

Check the IRS action(s) that you do not agree with. Provide specific reasons why you don't agree. If you believe that your spouse or former spouse should be responsible for all or a portion of the tax liability from your tax return, check here [ __ ] and attach Form 8857, Request for Innocent Spouse Relief, to this request.

**X** Filed Notice of Federal Tax Lien **(Explain why you don't agree. Use extra sheets if necessary.)**

> **EXHIBIT**
>
> tabbies
>
> **10**

**X** Notice of Levy/Seizure **(Explain why you don't agree. Use extra sheets if necessary.)**

**See Attached**

> INTERNAL REVENUE SERVICE
> SB/SE COMPLIANCE AREA 13
>
> JAN 17 2006
>
> TERRITORY: _____ GROUP: _____
> VAN NUYS, CA  91408

I/we understand that the statutory period of limitations for collection is suspended during the Collection Due Process Hearing and any subsequent judicial review.

Taxpayer's or Authorized Representative's Signature and Date: _~~signature~~ 1-12-06_

Taxpayer's or Authorized Representative's Signature and Date: _~~signature~~_

IRS Use Only:

IRS Employee *(Print)*: _G. Preste/_             IRS Received Date: _1-17-2006_

Employee Telephone Number: _818-756-4513 X1302_    _3:30 PM_