**Internal Revenue Service**
Appeals Office
330 North Brand Blvd.
Suite 600
GLENDALE, CA 91203

**Department of the Treasury**

**Person to Contact:**
Laura Lisanti
Employee ID Number: 95-02179
Tel: 818.242.7703 Ext. 3029
Fax: 818.242.8337
**Refer Reply to:**
AP:FW:GLE:LL
**In Re:**
CDP Lien and Levy
**Tax Period(s) Ended:**
12/2000 12/2002 12/2003

Date: March 8, 2006

ROBERT & VIENNA R LESHIN
9644 E. S-12
LITTLEROCK CA 93534

COPY

Dear Mr. & Mrs. Leshin:

This letter is our acknowledgement that we received your case for consideration in our Glendale Appeals Office on February 24, 2006.

In this letter we will explain who we are, what we do, how we do it, who you can talk to, and what you can expect.

Who We Are, What We Do, and How We Review Cases
Appeals is separate from - and independent of - the division of the Internal Revenue Service proposing the action you disagree with. What we do is review and resolve disputes. We do this in a fair and impartial manner by using the law and judicial decisions to weigh the facts. We conduct our reviews by: (1) telephone, (2) mail, and/or (3) personal interviews.

What You Can Expect
We will make every attempt to contact you as quickly as possible. You can expect the "Person to Contact" listed above to consider the facts in your case and try to resolve the dispute. This person may also ask for additional information to specifically explain or support the information in your file.

If our office determines that you owe the IRS, the law requires a charge for interest until you pay the amount you owe in full. If the amount determined that you owe includes penalties, additional penalty amounts may accrue until you pay in full.

What You Can Do
- Respond quickly if asked to send additional information,
- If you wish to stop or reduce interest on part or all of the proposed balance due, you can make payments to the address listed above toward the tax,
- Contact the "Person to Contact" listed above with any questions about the appeals process or how you can prepare for your hearing, and
- Research our website at www.irs.gov/appeals for more information.

Sincerely,

Paula Mills
Appeals Team Manager

Enclosures:
Publication 4165 Introduction to Collection Due Process Hearings

cc: Jeffrey D Moffatt

EXHIBIT
11