**Internal Revenue Service**  
Appeals Office  
330 North Brand Blvd.  
Suite 600  
GLENDALE, CA 91203

Date: April 18, 2006

ROBERT & VIENNA R LESHIN  
9644 E. S-12  
LITTLEROCK CA 93534

**Department of the Treasury**

**Person to Contact:**  
    Laura Lisanti  
    Employee ID Number: 95-02179  
    Tel: 818.242.7703 Ext. 3029  
    Fax: 818.242.8337  
    Contact Hours: 9:00AM - 5:00PM  
**Refer Reply to:**  
    AP:FW:GLE:LL  
**In Re:**  
    CDP Lien and Levy  
**Social Security or Employer Identification Number:**  
    ▮▮▮▮▮▮▮▮▮  
**Tax Period(s) Ended:**  
    12/2000  12/2002  12/2003

**Appeals Received Your Request for a Collection Due Process Hearing**

Dear Mr. & Mrs. Leshin:

Appeals received your request for a Collection Due Process (CDP) Hearing. I have scheduled a telephone conference call for you on **May 18th 2005 at 10:30AM**. This call will be your CDP hearing.

<u>Please call me at 818.242.7703 Ext. 3029 at the date and time indicated above</u>.

If this time is not convenient for you, or you would prefer your CDP hearing to be held by face-to face conference at the Appeals office closest to your current residence or, if you are a business, the Appeals office closest to your business address, or by correspondence, please let me know within fourteen (14) days from the date of this letter.

Your CDP hearing request regarding the filing of a Notice of Federal Tax Lien on the following tax periods was timely: Form 1040, for tax periods December 31, 2001. During your hearing and until any appeals become final, the legal collection period is suspended on these tax and periods. However, levy action may continue if the Collection division determines it is appropriate, and this hearing relates only to the filing of a notice of tax lien.

Your levy hearing request was not filed timely, as it was not received or postmarked within 30 days of the Final Notice - Notice of Intent to Levy, and Notice of Your Right to a Hearing on Form 1040, for tax periods December 31, 2000, December 31, 2002 and December 31, 2003. We will offer you a hearing that is equal to a CDP hearing, which we call an equivalent hearing. However, the legal collection period is not suspended nor is levy action prohibited for these tax and periods. If you do not agree with our decision

Ex. 13 pg. 1

EXHIBIT 13

that your hearing request was late, please let me know immediately. We will discuss this issue during your hearing.

During the hearing, I must consider:

- Whether the IRS met all the requirements of any applicable law or administrative procedure

- Any relevant issues you wish to discuss. These can include:

    1. Collection alternatives to levy such as full payment of the liability, installment agreement, offer in compromise or temporary delay of collection action. Although they may not be considered an "alternative" to a notice of lien filing, these collection options may also be discussed at a lien hearing.

    2. Challenges to the appropriateness of collection action. If this is a lien hearing, you may ask us to determine if the notice of lien filing was appropriate and if you qualify for a lien withdrawal or other lien options, such as subordination.

    3. Spousal defenses, when applicable.

- We may also consider whether you owe the amount due, but **only if** you have not otherwise had an opportunity to dispute it with Appeals or did not receive a statutory notice of deficiency.

- We will balance the IRS' need for efficient tax collection and your legitimate concern that the collection action be no more intrusive than necessary.

You are entitled to have your conference with an Appeals employee who has had no **prior involvement** with the tax periods at issue (other than a prior CDP Hearing), either in Appeals or in the Compliance division. I do not recall any prohibited previous involvement with these tax periods, however, if you believe I have, please notify me immediately. If I have been involved but you would still like me to conduct your hearing, you may waive this right.

For me to consider alternative collection methods such as an installment agreement or offer in compromise, you must provide any items listed below. In addition, you must have filed all federal tax returns due.

- A completed Collection Information Statement (Form 433-A for Individuals and/or 433-B for Business, _all required supporting documentation as is indicated on the form_)

- Signed tax return(s) for the following tax periods. Our records indicate they have not been filed:

Type of Tax: _____ Income _____
Period or Periods: _____ 2005 _____

- Proof of estimated tax payments for the period(s) listed below:
  _____ 2005 & 2006 _____

- Other _____

Please send me the items above within 14 days from the date of this letter. <u>I cannot consider collection alternatives in your hearing without the information requested above.</u> If you fail to submit the information requested above, your hearing will consist of a determination as to the whether or not the lien/levy was appropriate given the circumstances of your case at the time the hearing was held. I am enclosing the applicable forms and a return envelope for your convenience.

After the hearing, we will issue a **determination letter** as required by law **for the tax and periods for which your CDP hearing request was received timely**. If you do not agree with our determination you may appeal the case to the appropriate court. We will provide information about the appropriate court in your determination letter.

We will issue a **decision letter for the tax and periods for which your CDP hearing request was determined not to be timely**. There is no right to challenge Appeals' decision in court. However, you may appeal to the appropriate court if you disagree with our decision that your hearing request was late. You may also be entitled to appeal a spousal defense issue and/or denial of an interest abatement claim, provided you timely file an appeal.

If you do not participate in the conference or respond to this letter, the determination and/or decision letter that we issue will be based on your CDP request, any information you previously provided to this office about the applicable tax periods, and the Service's administrative file and records.

Please contact me with any questions or concerns you have regarding this letter or the CDP procedures. My telephone number is listed above.

                                                        Sincerely,


                                                        Laura Lisanti
                                                        Settlement Officer

Enclosures:
  Form 433-A Collection Information Statement for Individuals
  Envelope
  Copy to Power of Attorney

cc: Jeffrey D Moffatt

Ex. 13 pg. 4