12/29/06

U N I T E D S T A T E S T A X C O U R T
D O C K E T E N T R I E S

Docket No. 17709-06L INDEX
Robert & Vienna Leshin
v. COMMISSIONER OF INTERNAL REVENUE

MJ2204 (Service Attorney)
NO. 1 Moffatt,Jeffrey D.
Office of Jèff Moffatt
Suite A
43625 N. Sierra Highway
Lancaster, CA 93534

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | M |
|---|---|---|---|---|---|---|
| 0001 | 09/06/06 | PF | PETITION Filed:Fee Paid | | R 09/11/06 | |
| 0002 | 09/06/06 | DPT | DESIGNATION of Trial at Los Angeles, CA | | R 09/11/06 | |
| 0003 | 10/30/06 | ACS | ANSWER (C/S 10/27/06). | | | |

EXHIBIT
tabbies
19

Ex. 19 pg. 1