# In the United States Court of Federal Claims

**No. 06-637 T**

**ROBERT AND VIENNA LESHIN,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Order, filed January 11, 2007,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed, without prejudice, for failure to state a claim upon which relief can be granted, pursuant to RCFC 12(b)(6).

Brian Bishop
Clerk of Court

**January 12, 2007** By: s/Lisa DeFade Reyes

Deputy Clerk

<u>NOTE</u>: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of <u>all plaintiffs</u>. Filing fee is $455.00.